# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

_____x

In Re:

OTR Media Group, Inc.

Case No.

Chapter          11

Debtor(s)

_____x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  August 25, 2011

/s/Ari Noe
_____

**Ari Noe**
Debtor

/s/Gary M. Kushner
_____
**Gary M. Kushner**
Attorney for Debtor