UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
In re                                                       : Chapter 11
                                                            :
RUBIN FAMILY IRREVOCABLE STOCK                              : Case No. 13-72193-dte
TRUST, *et al.*,                                            : (Jointly Administered)
                                                            :
                    Debtors.                                :
----------------------------------------------------------- x

# CONSENT TO SUBSTITUTION OF ATTORNEYS

The undersigned consent to the substitution of ROSEN & ASSOCIATES, P.C. as bankruptcy counsel in the above-captioned chapter 11 proceeding in the place and stead of PAUL A. RACHMUTH, ESQ.

Dated: September 3, 2013

| Withdrawing Counsel: | Substituting Counsel: |
|---|---|
| **PAUL A. RACHMUTH, ESQ.** | **ROSEN & ASSOCIATES, P.C.** |
| By: /s/ Paul A. Rachmuth | By: /s/ Nancy L. Kourland |
| Paul A. Rachmuth | Nancy L. Kourland |
| 265 Sunrise Highway | 747 Third Avenue |
| Suite 62 | New York, NY 10017-2803 |
| Rockville Center, NY 11570 | (212) 223-1100 |
| (516) 330-0170 | |

Debtors:

/s/ Margery Rubin  /s/ Margery Rubin
Margery Rubin,  Margery Rubin,
Trustee for the Rubin Family  Trustee for the Robert M Rubin
Irrevocable Stock Trust  Family Realty Trust


/s/ Robert M. Rubin
Robert M. Rubin