Goetz Fitzpatrick LLP
One Pennsylvania Plaza
44th Floor
New York, New York 10119
Tel. No. (212) 695-8100
Fax No. (212) 629-4013

By: Gary M. Kushner, Esq.

*Attorneys for OTR Media Group Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:   Chapter 11

OTR MEDIA GROUP INC.,   Case No. 1-11-47385 (ESS)

                            Debtor.
-----------------------------------------------------------X

**ORDER GRANTING FIRST INTERIM APPLICATION OF
GOETZ FITZPATRICK LLP FOR ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES INCURRED PURSUANT TO
<u>11 U.S.C. §§ 330 AND 331 AS DEBTORS' COUNSEL</u>**

**UPON** the first interim application (the "Application") filed on December 29, 2011 by Goetz Fitzpatrick LLP as chapter 11 counsel for OTR Media Inc., the debtor and debtor-in-possession (the "Debtor"), seeking interim allowance of compensation for legal services rendered and the reimbursement of expenses pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, as supplemented by the Local Bankruptcy Rules; and upon the complete record of the hearing held on January 23, 2012; and it appearing that proper and adequate notice of the Application has been given to all parties in interest and creditors and that no other or further notice is necessary; and good and sufficient cause appearing thereof, it is hereby

**ORDERED**, that Goetz Fitzpatrick LLP is granted an allowance of interim fees in the amount of $           and for reimbursement of expenses covering the period between August 25, 2011 and November 30, 2011; and it is further

**ORDERED**, that the Debtor is hereby authorized and directed to pay Goetz Fitzpatrick LLP the total amount of $            for unpaid fees and $           for reimbursement of expenses.

t:\scottdsimon\otr media group inc\fee application\proposed order on fee application.docx