EXHIBIT "A"

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: OTR Media Group, Inc. |
| Slip.Transaction Dat | 8/29/2011 - 11/30/2011 |
| Acti.Selection | Include: Asset Disposition; Business Operation; Case Administration; Cash Collateral; Claims Objection; Court Hearings; DP; Fee Application; Fee Objections; File Maintenance; Litigation & Motion Practice; Plan & Disclosure; Professional Retention; Research |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **Asset Disposition** | | | | |
| Fees: Slip Value | 765.00 | 0.67% | 1.80 | 0.62% |
| Fees: Billable | 765.00 | 0.67% | 1.80 | 0.62% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 765.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 765.00 | 0.67% | 1.80 | 0.62% |
| Total: Billable | 765.00 | 0.67% | 1.80 | 0.62% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 765.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Business Operation** | | | | |
| Fees: Slip Value | 4819.00 | 4.19% | 11.00 | 3.81% |
| Fees: Billable | 4819.00 | 4.19% | 11.00 | 3.81% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 4819.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 4819.00 | 4.19% | 11.00 | 3.81% |
| Total: Billable | 4819.00 | 4.19% | 11.00 | 3.81% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 4819.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Case Administration** | | | | |
| Fees: Slip Value | 6721.00 | 5.84% | 15.70 | 5.44% |
| Fees: Billable | 6721.00 | 5.84% | 15.70 | 5.44% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 6721.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 6721.00 | 5.84% | 15.70 | 5.44% |
| Total: Billable | 6721.00 | 5.84% | 15.70 | 5.44% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 6721.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Cash Collateral** | | | | |
| Fees: Slip Value | 6476.00 | 5.63% | 15.20 | 5.27% |
| Fees: Billable | 6476.00 | 5.63% | 15.20 | 5.27% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 6476.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 6476.00 | 5.63% | 15.20 | 5.27% |
| Total: Billable | 6476.00 | 5.63% | 15.20 | 5.27% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 6476.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Claims Objection** | | | | |
| Fees: Slip Value | 3401.50 | 2.96% | 7.90 | 2.74% |
| Fees: Billable | 3401.50 | 2.96% | 7.90 | 2.74% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 3401.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 3401.50 | 2.96% | 7.90 | 2.74% |
| Total: Billable | 3401.50 | 2.96% | 7.90 | 2.74% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 3401.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Court Hearings** | | | | |
| Fees: Slip Value | 23635.50 | 20.55% | 56.70 | 19.64% |
| Fees: Billable | 23635.50 | 20.55% | 56.70 | 19.64% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 23635.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 23635.50 | 20.55% | 56.70 | 19.64% |
| Total: Billable | 23635.50 | 20.55% | 56.70 | 19.64% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 23635.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

**DP**

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 857.50 | 0.75% | 4.70 | 1.63% |
| Fees: Billable | 857.50 | 0.75% | 4.70 | 1.63% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 857.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 857.50 | 0.75% | 4.70 | 1.63% |
| Total: Billable | 857.50 | 0.75% | 4.70 | 1.63% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 857.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

**File Maintenance**

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 850.00 | 0.74% | 2.00 | 0.69% |
| Fees: Billable | 850.00 | 0.74% | 2.00 | 0.69% |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 850.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 850.00 | 0.74% | 2.00 | 0.69% |
| Total: Billable | 850.00 | 0.74% | 2.00 | 0.69% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 850.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Litigation & Motion Practice** | | | | |
| Fees: Slip Value | 50588.50 | 43.99% | 124.70 | 43.19% |
| Fees: Billable | 50588.50 | 43.99% | 124.70 | 43.19% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 50588.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 50588.50 | 43.99% | 124.70 | 43.19% |
| Total: Billable | 50588.50 | 43.99% | 124.70 | 43.19% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 50588.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Plan & Disclosure | | | | |
| Fees: Slip Value | 935.00 | 0.81% | 2.20 | 0.76% |
| Fees: Billable | 935.00 | 0.81% | 2.20 | 0.76% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 935.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 935.00 | 0.81% | 2.20 | 0.76% |
| Total: Billable | 935.00 | 0.81% | 2.20 | 0.76% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 935.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| Professional Retention | | | | |
| Fees: Slip Value | 7302.50 | 6.35% | 20.70 | 7.17% |
| Fees: Billable | 7302.50 | 6.35% | 20.70 | 7.17% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 7302.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 7302.50 | 6.35% | 20.70 | 7.17% |
| Total: Billable | 7302.50 | 6.35% | 20.70 | 7.17% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 7302.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Research** | | | | |
| Fees: Slip Value | 8642.50 | 7.52% | 26.10 | 9.04% |
| Fees: Billable | 8642.50 | 7.52% | 26.10 | 9.04% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 8642.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 8642.50 | 7.52% | 26.10 | 9.04% |
| Total: Billable | 8642.50 | 7.52% | 26.10 | 9.04% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 8642.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Grand Total** | | | | |
| Fees: Slip Value | 114994.00 | 100.00% | 288.70 | 100.00% |
| Fees: Billable | 114994.00 | 100.00% | 288.70 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 114994.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 114994.00 | 100.00% | 288.70 | 100.00% |
| Total: Billable | 114994.00 | 100.00% | 288.70 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: Billed Slip Value | 114994.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |