UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                          Chapter 11

OTR MEDIA GROUP INC.,                           Case No. 1-11-47385 (ESS)

                        Debtor.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Rebecca Greene, a paralegal for the Law Firm Goetz Fitzpatrick, LLP hereinafter certifies as follows:

I am not a party to the within action; am over the age of 18 years and reside at Long Beach, New York. On August 29, 2011, I served a copy of the Notice of Hearing, Application, Proposed Order together with Exhibits on First Interim Fee Application of Goetz Fitzpatrick LLP as Debtor's Counsel in this chapter 11 case :

By E-mail (electronic means). By transmitting same to the attorney by electronic means. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

| Alan Kleinman, Esq. | William E. Curtin, Esq. | Wayne Davis, Esq. |
|---|---|---|
| akleinma@law.nyc.gov | William.e.curtin@usdoj.com | davis@thsh.com |

To the best of my knowledge and belief, the foregoing persons are those to be served in this Adversary Proceeding.

Dated: December 30, 2011
       New York, New York

                                                       /s/Rebecca R. Greene
                                                       Rebecca R. Greene