UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11

OTR MEDIA GROUP INC.,                                           Case No. 1-11-47385 (ESS)

                        Debtor.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Rebecca Greene, a paralegal for the Law Firm of Goetz Fitzpatrick hereinafter certifies as follows:

I am not a party to the within action; am over the age of 18 years and reside at Long Beach, New York. On December 30, 2011, I served a copy of the Notice of Hearing on First Interim Fee Application of Goetz Fitzpatrick LLP as Debtor's counsel in this chapter 11 case :

On December 30, 2011, I served the above document by REGULAR MAIL by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

### See Annexed Service List

To the best of my knowledge and belief, the foregoing persons are those to be served in the captioned chapter 11 case.

Dated: December 30, 2011
       New York, New York

                                                    _____
                                                    Rebecca R. Greene

| | | |
|---|---|---|
| | Board of Managers of 310/312 East 23rd Stree<br>c/o Maxwell-Kates, Inc.<br>9 East 38th Street<br>6th Floor<br>New York, NY 10016-0003 | City of New York<br>100 Church Street<br>New York, NY 10007-2668 |
| Gramercy Park Habitat Condominium<br>c/o Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016-0601 | OTR Media Group, Inc.<br>288 Hamilton Avenue<br>Brooklyn, NY 11231-3208 | 271 Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800 |
| 113 Hamilton LLC<br>c/o Renessiance Realty<br>1946 Coney Island Ave.<br>Brooklyn, NY 11223-2329 | 142 Fulton, LLC<br>c/o Century Realty<br>140 Fulton Street<br>5th Flr.<br>New York, NY 10038-2522 | 176 Canal Corp.<br>175 Canal Street<br>New York, NY 10013-4521 |
| 203 17th Reality, LLC<br>1303 53rd Street<br>PMB 119<br>Brooklyn, NY 11219-3823 | 228 St. Nick LLC<br>114 Avenue T<br>Brooklyn, NY 11223-3629 | 340 Flatbush Ave. LLC<br>1481 47th Street<br>Brooklyn, NY 11219-2635 |
| 450 West 31st Owners Corp<br>C/O Maxwell Kates, Inc.<br>Attn: Regina Sztryker<br>9 East 38th St.<br>New York, NY 10016-0012 | 48 Wall Street<br>c/o Swig Equities LLC<br>770 Lexington Avenue<br>New York, NY 10065-8165 | 500 Lincoln Associates LLC<br>c/o Essex Capital Ptners<br>635 Madison Avenue<br>New York, NY 10022-1009 |
| 55 Little West 12th Steet LLC<br>55 Little West 12th St.<br>New York, New York 10014-1304 | 65-67 Clemont Park Associates<br>4718 18th Ave, Ste. 117<br>Brooklyn, NY 11204-1260 | 705 Realty Management Corp.<br>935 Bronx River Avenue<br>Bronx, NY 10473-4900 |
| 90 Broad Owner LLC<br>c/o Swig Equities<br>770 Lexington Ave.<br>New York, NY 10065-8165 | AT&T<br>P.O. Box 9001309<br>Louisville, KY 40290-1309 | AVS<br>125 Maiden Lane, 15th Flr<br>New York, New York 10038-4912 |
| Ace Advertising<br>295 Skidmore Road<br>Deer Park, NY 11729-7102 | Ace Estates Corp.<br>Attn: Frank Santoro<br>646 Lorimer St.<br>Brooklyn, NY 11211-2207 | Advertising database<br>Attn: Accounting Dept.<br>12 East 32nd St., Flr.7<br>New York, NY 10016-5488 |
| American Arbitration Assoc.<br>950 warren Avenue<br>E. Providence RI 02914-1414 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Vacuum Society<br>c/o Mintz & Gold LLP<br>470 Park Avenue South<br>10th Floor<br>New York, NY 10016-6819 |
| Ariel S. Holzer<br>699 West 239th St.<br>Bronx, NY 10463-1246 | Bank of America Card<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Barter Advantage<br>171 Second Avenue<br>Suite 103<br>New York, New York 10003 |

Bartfield & Knopfler, PLLC
958 East 14th Street
Brooklyn, NY 11230-3612

Billboard Planet
825 Boone Ave. No.
Suite 100
Minneapolis, MN 55427-4598

Billboard Planet LLC
c/o Meyers Saxon & Cole
3620 Quentin Road
Brooklyn NY 11234-4204

Board of Managers of 310/312 East 23rd Stree
c/o Maxwell-Kates, Inc.
9 East 38th Street, 6th Fl
New York, New York 10016-0003

Board of Standards and Appeals
40 Rector Street
9th Flr.
New York, NY 10006-1732

Broadview Networks
P.O. Box 26021
New York, NY 10087-6021

CCW Realty LLC
c/o Silversmith & Veraja, LLP
30 Broad Street, 20th Floor
New York, NY 10004-2304

Care Realty Corp.
200 East 69th St.
New York, NY 10021-5748

Clear Channel Outdoor
PO Box 402379
Atlanta, GA 30384-2379

Cohen Hochman & Allen
80 Maiden Lane
Suite 506/7
New York, NY 10038-4811

Con Edison
JAF Station
PO Box 1702
New York, NY 10116-1702

Covenant House New York
Attn: Bruce Henry
460 West 41st St.
New York, NY 10036-6898

ESS Prisa LLC
Attn: Property Manager
330 Bruckner Blvd.
Bronx, NY 10454-1813

EZ Pass
PO Box 149003
Staten Island, NY 10314

Ed Burnbaum, Esq.
Novack Burnbaum Crystal
300 East 42nd Street
New York, NY 10017-5947

Electric Power, Inc.
1865 48th Street
Brooklyn, NY 11204-1239

Elite Limousine Plus, Inc.
Attn: Shafquat chadhary
32-72 Gate Avenue
Long Island City, NY 11101-2523

Empire Erectors & Elec. Corp.
801 East 134th St.
Bronx, NY 10454-3533

Empire Erectors & Electrical Co., Inc.
801 East 134th Street
Bronx, NY 10454-3533

Empire Erectors & Electrical Company, Inc.
Stern, Lavinthal, Frankenberg & Norgaard
184 Grand Ave
Englewood, NJ 07631-3578

Empire health Choice HMO Inc.
PO Box 11532A
New York, New York 10286-1532

Environmental Control Board
66 John Street
10th Floor
New York, NY 10038-3724

Ess Prisa II LLC
Attn: Property Manager
945 Zerega Avenue
Bronx, NY 10473-1129

FIA Card Services, NA as successor in intere
Bank of America NA and MBNA America Bank
PO Box 15102
Wilmington, DE 19886-5102

Financial Administrator of City of NY
PO Box 2307
Peck Slip Station
New York, NY 10035

Fotini Theoharidou
3540 32nd St.
LI City, NY 11106-2756

Fourth Avenue Management Corp.
59 Fourth Avenue
New York, NY 10003-5203

Goetz Fitzpatrick, LLP
One Penn Plaza
44th Floor
New York, NY 10119-0002

Goldman Harris LLC
475 Park Avenue South
new York, NY 10016-6901

Gotham Broad LLC
Attn: David Ishay
30 Broad St.
New York, NY 10004-2304

Gramercy Park Habitat Condominium
c/o Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue, 5th Floor
New York, New York 10016-0601

Gramercy Park Habitat Condomium
c/o Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue, 5th Floor
New York, New York 10016-0601

Gramery Park Habitat Condos
Douglas Ellman
c/o Elly Pateras
675 Third Avenue
New York, NY 10017-5704

Guardian Insurance & Annuity Co
PO Box 26280
Lehigh Valley, PA 18002-6280

Howard Crystal, Esq.
Novack Burnbaum Crystal
300 East 42nd St.
New York, NY 10017-5947

Ilan Levi
PO Box 310373
Brooklyn, NY 11231-0373

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Isaac Szpilzinger
640 Grenville Avenue
Teaneck, NJ 07666-2124

Isaac Szpitzinger
640 Grenville Avenue
Teaneck, NJ 07666-2124

J.I.M. Trust
1734 55th St.
Brooklyn, NY 11204-1933

K.C. 836 LLC
c/o Charles Kim
235 East 40th St., Apt.9A
New York, NY 10016-1747

Ladder 3
706 4th Avenue
Brooklyn, NY 11232-1237

Ladder 3 Corp.
c/o Leo Fox, Esq.
630 Third Avenue, 18th Floor
New York, NY 10017-6705

Louis Striar Inc.
118-21 Queens Blvd.
# 311
Forest Hills, NY 11375-7209

Martina Davanzo
918 Chelsea Street
Easton, PA 18045-2210

Metropolitan National Bank
99 Park Avenue
New York, New York 10016-1601

Metropolitan National Bank
99 Park Avenue - 6th Flr.
New York, NY 10016-1601
Attn: Charles Azzara
Jim O'Donohue

Metropolitan National Bank
Tannenbaum Helpern Syracuse et al
900 Third Ave
New York, NY 10022-4728

Metropolitan Sign & Rigging Corp.
3436 Rombouts Ave.
Bronx, NY 10475-1217

Michael A. Cardozo
Corp Counsel of the City of New York
Attn: Hugh H. Shull III
100 Church Street
New York, NY 10007-2668

Morvillo, Abramowitz Grand & Lason PC
565 Fifth Ave
9th Flr.
New York, NY 10017-2496

NJ EZ Pass
PO Box 52005
Newark, NJ 07101-8205

NYC Department of Finance
TAPE Division
345 Adams Street, 5th Floor
Brooklyn, New York 11201-3719
Attn: Yehuda Miller - Bankruptcy Unit

NYC Dept. of Buildings
Sign Enforcement Unit
280- Broadway, 5th Flr.
New York, NY 10007-1868

NYS Corporation
Tax Processsing Unit
Albany, NY 12201

NYS Department of Finance
PO Box 5070
Kingston, NY 12402-5070

NYS Dept of Labor
Unemployment Insurance Div
Gov W Averell Harriman State Office Bldg
Bldg 12 Room 256
Albany, NY 12240-0001

NYS Dept. of Tax and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Employment Taxes
Church Street Station
POB 1417
New YOrk, NY 10008

NYS Tax Department
Processing Unit
PO Box 1414
New York, NY 10008

National Benefit Life Insurance Co.
PO Box 7247-8844
Philadelphia, PA 19170-0001

Navtrak, Inc.
PO Box 1915
Salisbury, MD 21802-1915

Nissan Motor Corp.
PO Box 371447
Pittsburgh, PA 15250-7447

Nor-Court Management, Inc.
c/o Camco Services
500 N.Broadway, Ste. 270
Jericho, NY 11753-2128

OTR 13 Carmine LLC
120 Wall Street
New York, New York 10005-3904

OTR 161 Street LLC
120 Wall Street
New York, New York 10005-3904

OTR 296A LLC
120 Wall Street
New York, New York 10005-3904

OTR 330 Bruckner LLC
120 Wall Street
New York, New York 10005-3904

OTR 460 41st LLC
120 Wall Street
New York, New York 10005-3904

OTR 705 LLC
120 Wall Street
New York, New York 10005-3904

OTR 945 Zerega LLC
120 Wall Street
Nw York, New York 10005-3904

OTR BQE 25 LLC
120 Wall Street
New York, New York 10005-3904

OTR FA340, LLC
120 Wall Street
New York, New York 10005-3904

One Maiden Lane Realty LLC
PO Box 5944
Hicksville, NY 11802-5944

P&G Brokerage Inc.
5209 13th Avenue
Brooklyn, NY 11219-3811

Palazzo Realty Inc.
802 9th Avenue
New York, NY 10019-5635

Pavillion on the Park LLC
c/o Hidrock Realty
65 West 36th St.
New York, New York 10018-7902

Pearl Parking LLC
243-253 Pearl St.
New York, NY 10038-3525

Pease & Associates, Inc.
1422 Euclid Avenue
Suite 200
Cleveland, OH 44115-1901

Pitney Bowes Inc.
PO Box 371874
Pittsburgh, PA 15250-7874

Professional Benefit Services, Inc.
1193 Royvonne Ave Se #22
Salem OR 97302-6503

Raber Enterprises LLC
c/o Silversmith & Veraja, LLP
30 Broad Street, 20th Floor
New York, NY 10004-2304

Raber Enterprises, LLC
175 Canal Street
New York, NY 10013-4521

Rapida
544 Park Avenue
Brooklyn, NY 11205-1600

Reyson Realty Corp.
215 Cole Street
Jersey City, NJ 07310-1301

Reyson Realty Corp.
215 Cole Street
Jersey City, NJ 07310-1301
Avishay Levanovsky

Rodrick Snell
858 Atlantic Ave.
Brooklyn, New York 11238-3115

Ronald D. Coleman, Esq.
Goetz Fitzpatrick, LLP
One Penn Plaza, 44th Floor
New York, New York 10119-0002

Roth & Company LLP
1428 36th Street
Suite 200
Brooklyn, NY 11218-3765

SJ Computers, Inc.
1522 55th Street
#1A
Brooklyn, NY 11219-4363

| | | |
|---|---|---|
| Sakele Brothers LLC<br>Michael R. Dal Lago, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022-4731 | Schlesinger Electrical Contractors<br>664 Bergen Street<br>Brooklyn, NY 11238-3505 | Service Sign Erectors Co. Inc.<br>120 East 131st St.<br>New York, New York 10037-3899 |
| Soho 54 LLC<br>250 West 40th Street<br>2nd Flr<br>New York, NY 10018-1769 | Sony Pictures Entertainment Inc.<br>c/o Kathleen Hallinan, Esq.<br>10202 West Washington Blvd.<br>Culver City, California 90232-3119 | Steven Sakele<br>7 Dey Street<br>New York, New York 10007-3201 |
| Surrey Property Management<br>40 Fulton Street<br>6th Flr.<br>New York, NY 10038-5091 | Syms Corp.<br>1 Syms Way<br>Secaucus, NJ 07094-9421 | The Blaikie Group<br>111 John St., Ste. 1600<br>New York, New York 10038-3115 |
| The City of New York<br>Assistant Corp. Counsel<br>100 Church Street<br>Rm. 20-104<br>New York, New York 10007-2601 | The Glass Farmhouse Condominium<br>c/o Andrews Bldg Corp.<br>666 Broadway, 12th Flr<br>New York, New York 10012-2317 | Traffic Audit Bureau<br>420 Kexington Avenue<br>Suite 2520<br>New York, New York 10170-2599 |
| Travelers Inc. CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 | Trinity Products, Inc.<br>1969 West Terra Lane<br>O'Fallon, MO 63366-2347 | Tuck-It-Away Assoc Deegan LLC<br>Attn: Nick Sprayregen<br>3261 Broadway<br>New York, NY 10027-7908 |
| Underwood Acquisitions<br>123 South 8th Street -2B<br>Brooklyn, NY 11211-8738 | United States Trustee<br>271 Cadman Plaza East<br>Suite 4529<br>Brooklyn, NY 11201-1833 | Van Lantif, LLC<br>c/o Phil Cramer<br>PO Box 022107<br>Brooklyn, NY 11202-2107 |
| Verizon Wireless<br>PO Box 17120<br>Tucson, AZ 85731-7120 | West Side Jewish Center<br>347 West 34th street<br>New York, NY 10001-2482 | Wilren Realty LLC<br>c/o Chetriet Group LLC<br>404 Fifth Avenue - 4th Fl<br>New York, NY 10018-7566 |
| Yung Bros. Real Estate Co Inc.<br>838 Sixth Avenue<br>New York, NY 10001-4100 | Zirfnet<br>1562 First Avenue<br>Suite 301<br>New York, NY 10028-4004 | Gary M Kushner<br>Goetz Fitzpatrick LLP<br>One Penn Plaza<br>44th Floor<br>New York, NY 10119-0002 |
| Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 | Wayne H. Davis, Esq.<br>Tannenbaum Helpern, etc.<br>900 Third Avenue<br>New York, NY 10022 | Stern Lavinthal, etc.<br>184 Grand Avenue<br>Englewood, NJ 07631<br>Attn: Karl J. Norgaard, Esq. |