# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:  
OTR Media Group, Inc.  
SSN/TAX ID:  
06–1702611  
DEBTOR(s)

CASE NO: 1–11–47385–ess

CHAPTER: 11

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on January 23, 2012 was filed on January 27, 2012 .

The following deadlines apply:

The parties have until February 3, 2012 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 17, 2012.

If a Transcript Redaction Request is filed, the redacted transcript is due February 27, 2012.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 26, 2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber E–Scribe, Inc., a Division of Compu–Scribe – (800) 300–1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 31, 2012

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]