# Notice Recipients

District/Off: 0207−1          User: btaylor          Date Created: 1/31/2012
Case: 1−11−47385−ess          Form ID: 295          Total: 5

**Recipients of Notice of Electronic Filing:**

aty        Brian T Horan        bhoran@law.nyc.gov
aty        Gary M Kushner        gkushner@goetzfitz.com
aty        Scott D Simon        ssimon@goetzfitz.com
aty        Wayne H Davis        davis@thsh.com

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        OTR Media Group, Inc.        288 Hamilton Avenue        Brooklyn, NY 11231

                                                                TOTAL: 1