Goetz Fitzpatrick LLP
One Pennsylvania Plaza
44thFloor
New York, New York10119
Tel. No. (212) 695-8100
Fax No. (212) 629-4013

By: Gary M. Kushner, Esq.

*Attorneys for OTR Media Group Inc.*

Return Date: July 17, 2012
 **@ 11:00 a.m.**
Objections Due: July 16, 2012
 **@ 12:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

OTR MEDIA GROUP INC.,                       Case No. 1-11-47385 (ESS)

                    Debtor.
-----------------------------------------------------------X

## NOTICE OF HEARING ON FIRST INTERIM FEE SUBMISSIONS OF DEBTOR'S ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE**, that a hearing to consider the first interim submissions for compensation and reimbursement of expenses (the "Submissions") of the Debtor's Ordinary Course Professionals ("OCP's") for the time period and in the amount set forth below will be held on July 17, 2012 at 11:00 a.m. before the Honorable Elizabeth S. Stong, at the Conrad B. Duberstein United States Bankruptcy Courthouse, Eastern District of New York, Courtroom 3585, 271 Cadman Plaza East, Brooklyn, New York 11201, or as soon thereafter as counsel can be heard seeking an award for the period between August 25, 2011 and April 30, 2012 as follows:

| OCP Applicant | Fees Requested | Disbursements | Total Requested | ECF No. |
|---|---|---|---|---|
| Law Office of Ariel S. Holzer | $32,229.37 | $304.95 | $32,534.32 | 149 |
| GoldmanHarris LLC | $69,456.15 | $0.00 | $69,456.15 | 150 |
| Cohen Hochman & Allen | $5,075.00 | $0.00 | $5,075.00 | 151 |
| Bartfield & Knopfler | $9,944.14 | $0.00 | $9,944.14 | 152 |

**PLEASE TAKE FURTHER NOTICE**, that the Submissions are on file in the Office of the Clerk of the Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 and may be examined during scheduled business hours or by accessing the Submissions through the electronic filing system utilized by the Bankruptcy Court. [See ECF Nos. Above]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the

Submissions must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Form (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-182, upon a) counsel to OTR Media Group, Inc., Goetz Fitzpatrick LLP, Attention: Gary M. Kushner, Esq., b) the Office of the United States Trustee, Brooklyn, New York, Attn: William Curtin, Esq.; and c) counsel to Metropolitan National Bank, Tannenbaum Helpern Syracuse & Hirschtritt LLP, 900 Third Avenue, New York, New York 10022, Attn: Wayne Davis, Esq. in order that they be received in hand by no later than 12:00 p.m. on July 16, 2012.

**PLEASE TAKE FURTHER NOTICE**, that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: New York, New York
July 2, 2012

                                              Goetz Fitzpatrick LLP
                                              Attorneys for Debtor

                                    By: /s/Gary M. Kushner
                                            Gary M. Kushner
                                            A Partner of the Firm
                                            One Pennsylvania Plaza

K:\Kushner\OTR - CHAPTER 11\chapter 11\Notice of Hearing on First Interim Fee Submission of Debtors Ordinary Course Professionals.doc