Goetz Fitzpatrick LLP  
One Pennsylvania Plaza  
44th Floor  
New York, New York 10119  
Tel. No. (212) 695-8100  
Fax No. (212) 629-4013  

Return Date: August 9, 2012  
@ 11:00 a.m.  
Objections Due: August 2, 2012  
@ 4:00 p.m.  

By: Gary M. Kushner, Esq.

*Attorneys for OTR Media Group Inc.*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
In re:  

OTR MEDIA GROUP INC.,  

                      Debtor.  
------------------------------------------------------------X  

Chapter 11  

Case No. 1-11-47385 (ESS)

## AMENDED NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF GOETZ FITZPATRICK LLP AS DEBTOR'S COUNSEL

**PLEASE TAKE NOTICE**, that a hearing to consider the second interim application for compensation and reimbursement of expenses (the "Application") of Goetz Fitzpatrick LLP for the time period and in the amount set forth below will be held on **August 9, 2012 at 11:00 a.m.** before the Honorable Elizabeth S. Stong, at the Conrad B. Duberstein United States Bankruptcy Courthouse, Eastern District of New York, Courtroom 3585, 271 Cadman Plaza East, Brooklyn, New York 11201, or as soon thereafter as counsel can be heard seeking an award for the period between December 1, 2011 and June 30, 2012 (the "Second Interim Period") as follows:

| Fees Requested | Disbursements | Total Requested |
|---|---|---|
| $203,142.50 | $8,605.23 | $211,747.73 |

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file in the Office of the Clerk of the Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 and may be examined during scheduled business hours or by accessing the Application through the electronic filing system utilized by the Bankruptcy Court. A copy of the Application may also be obtained by request from the undersigned counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's

Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Form (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-182, upon counsel to OTR Media Group, Inc., Goetz Fitzpatrick LLP, Attention: Gary M. Kushner, Esq. and in order that they be received in hand by no later than 4:00 p.m. on August 2, 2012.

**PLEASE TAKE FURTHER NOTICE**, that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: New York, New York
July 24, 2012

                                            Goetz Fitzpatrick LLP
                                            Attorneys for Debtor

By:    /s/Gary M. Kushner
         Gary M. Kushner
         A Partner of the Firm
         One Pennsylvania Plaza
         44th Floor
         New York, New York 10119
         (212) 695-8100