# EXHIBIT A

| Selection Criteria | |
|---|---|
| Clie.Selection | Include: OTR Media Group, Inc. |
| Slip.Transaction Dat | 12/1/2011 - 6/30/2012 |
| Acti.Selection | Include: Asset Disposition; Business Operation; Case Administration; Cash Collateral; Claims Objection; Court Hearings; DP; Litigation & Motion Practice; Plan & Disclosure; Professional Retention; Research |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **Asset Disposition** | | | | |
| Fees: Slip Value | 112.50 | 0.06% | 0.30 | 0.05% |
| Fees: Billable | 112.50 | 0.06% | 0.30 | 0.05% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 112.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.30 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 112.50 | 0.06% | 0.30 | 0.05% |
| Total: Billable | 112.50 | 0.06% | 0.30 | 0.05% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 112.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.30 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Business Operation** | | | | |
| Fees: Slip Value | 10285.00 | 5.06% | 24.60 | 4.38% |
| Fees: Billable | 10285.00 | 5.06% | 24.60 | 4.38% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 10285.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 24.60 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 10285.00 | 5.06% | 24.60 | 4.38% |
| Total: Billable | 10285.00 | 5.06% | 24.60 | 4.38% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 10285.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 24.60 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Case Administration** | | | | |
| Fees: Slip Value | 10480.00 | 5.16% | 28.50 | 5.07% |
| Fees: Billable | 10480.00 | 5.16% | 28.50 | 5.07% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 10480.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 28.50 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 10480.00 | 5.16% | 28.50 | 5.07% |
| Total: Billable | 10480.00 | 5.16% | 28.50 | 5.07% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 10480.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 28.50 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Cash Collateral** | | | | |
| Fees: Slip Value | 4932.50 | 2.43% | 12.10 | 2.15% |
| Fees: Billable | 4932.50 | 2.43% | 12.10 | 2.15% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 4932.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 12.10 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 4932.50 | 2.43% | 12.10 | 2.15% |
| Total: Billable | 4932.50 | 2.43% | 12.10 | 2.15% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 4932.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 12.10 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

**Claims Objection**

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 12502.50 | 6.15% | 35.90 | 6.39% |
| Fees: Billable | 12502.50 | 6.15% | 35.90 | 6.39% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 12502.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 35.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 12502.50 | 6.15% | 35.90 | 6.39% |
| Total: Billable | 12502.50 | 6.15% | 35.90 | 6.39% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 12502.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 35.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

**Court Hearings**

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 35072.50 | 17.27% | 95.90 | 17.07% |
| Fees: Billable | 35072.50 | 17.27% | 95.90 | 17.07% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 35072.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 95.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 35072.50 | 17.27% | 95.90 | 17.07% |
| Total: Billable | 35072.50 | 17.27% | 95.90 | 17.07% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 35072.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 95.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

**DP**

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 1707.50 | 0.84% | 4.90 | 0.87% |
| Fees: Billable | 1707.50 | 0.84% | 4.90 | 0.87% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 1707.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 4.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 1707.50 | 0.84% | 4.90 | 0.87% |
| Total: Billable | 1707.50 | 0.84% | 4.90 | 0.87% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 1707.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 4.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

**Litigation & Motion Practice**

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 71782.50 | 35.34% | 201.60 | 35.88% |
| Fees: Billable | 71782.50 | 35.34% | 201.60 | 35.88% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Billed Slip Value | 71782.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 201.60 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 71782.50 | 35.34% | 201.60 | 35.88% |
| Total: Billable | 71782.50 | 35.34% | 201.60 | 35.88% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 71782.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 201.60 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Plan & Disclosure** | | | | |
| Fees: Slip Value | 26712.50 | 13.15% | 63.90 | 11.37% |
| Fees: Billable | 26712.50 | 13.15% | 63.90 | 11.37% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 26712.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 63.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 26712.50 | 13.15% | 63.90 | 11.37% |
| Total: Billable | 26712.50 | 13.15% | 63.90 | 11.37% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 26712.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 63.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **Professional Retention** | | | | |
| Fees: Slip Value | 17910.00 | 8.82% | 53.80 | 9.57% |
| Fees: Billable | 17910.00 | 8.82% | 53.80 | 9.57% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 17910.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 53.80 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 17910.00 | 8.82% | 53.80 | 9.57% |
| Total: Billable | 17910.00 | 8.82% | 53.80 | 9.57% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 17910.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 53.80 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Research** | | | | |
| Fees: Slip Value | 11645.00 | 5.73% | 40.40 | 7.19% |
| Fees: Billable | 11645.00 | 5.73% | 40.40 | 7.19% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 11645.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 40.40 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 11645.00 | 5.73% | 40.40 | 7.19% |
| Total: Billable | 11645.00 | 5.73% | 40.40 | 7.19% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 11645.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: Estimated | | | 40.40 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Grand Total** | | | | |
| Fees: Slip Value | 203142.50 | 100.00% | 561.90 | 100.00% |
| Fees: Billable | 203142.50 | 100.00% | 561.90 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 203142.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 561.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 203142.50 | 100.00% | 561.90 | 100.00% |
| Total: Billable | 203142.50 | 100.00% | 561.90 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 203142.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 561.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

## Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: OTR Media Group, Inc. |
| Slip.Transaction Dat | 12/1/2011 - 6/30/2012 |
| Time.Selection | Include: GMK; HH; RDC; RG; SS |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **Client: OTR Media Group, Inc.** | | | | |
| **GMK** | | | | |
| Fees: Slip Value | 95922.50 | 47.22% | 225.70 | 40.17% |
| Fees: Billable | 95922.50 | 47.22% | 225.70 | 40.17% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 95922.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 225.70 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 95922.50 | 47.22% | 225.70 | 40.17% |
| Total: Billable | 95922.50 | 47.22% | 225.70 | 40.17% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 95922.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 225.70 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **HH** | | | | |
| Fees: Slip Value | 840.00 | 0.41% | 6.00 | 1.07% |
| Fees: Billable | 840.00 | 0.41% | 6.00 | 1.07% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 840.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 6.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 840.00 | 0.41% | 6.00 | 1.07% |
| Total: Billable | 840.00 | 0.41% | 6.00 | 1.07% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 840.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 6.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

RDC

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 32707.50 | 16.10% | 62.30 | 11.09% |
| Fees: Billable | 32707.50 | 16.10% | 62.30 | 11.09% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 32707.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 62.30 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 32707.50 | 16.10% | 62.30 | 11.09% |
| Total: Billable | 32707.50 | 16.10% | 62.30 | 11.09% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 32707.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 62.30 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

SS

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 73672.50 | 36.27% | 267.90 | 47.68% |
| Fees: Billable | 73672.50 | 36.27% | 267.90 | 47.68% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 73672.50 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 267.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 73672.50 | 36.27% | 267.90 | 47.68% |
| Total: Billable | 73672.50 | 36.27% | 267.90 | 47.68% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 73672.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 267.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: OTR Media Group, Inc. | | | | |
| Fees: Slip Value | 203142.50 | 100.00% | 561.90 | 100.00% |
| Fees: Billable | 203142.50 | 100.00% | 561.90 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 203142.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 561.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 203142.50 | 100.00% | 561.90 | 100.00% |
| Total: Billable | 203142.50 | 100.00% | 561.90 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 203142.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: Estimated | | | 561.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| | | | | |
| **Grand Total** | | | | |
| Fees: Slip Value | 203142.50 | 100.00% | 561.90 | 100.00% |
| Fees: Billable | 203142.50 | 100.00% | 561.90 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 203142.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 561.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 203142.50 | 100.00% | 561.90 | 100.00% |
| Total: Billable | 203142.50 | 100.00% | 561.90 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 203142.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 561.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |