INVOICE

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP
Attorneys at Law
300 East 42nd Street, 10th Floor
New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

July 12, 2012

Invoice # 16592

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Post Bankruptcy

Our File#: EHB 05276-03

Professional services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/25/2011 | EHB | Various telecons and email correspondences with Ari Noe and Michael Eisenberg re petition, status of various OTR matters with the City, tax and sale of assets and schedules; additional telecon with Ari Noe re meeting with Van Wagner and dissemination of information. | 3.67 | 1,835.00 |
| 8/26/2011 | EHB | Meeting with Ari Noe re Fuel offer on one property and various issues at NBC; email correspondence; | 1.91 | 955.00 |
| 8/29/2011 | EHB | Various telecon with Ari Noe and Michael Eisenberg; Telecon with attorney for Van Wagner; Email correspondence with Jon Dobres, Flexis and VWC; Meeting at Goetz firm with clients and Gary Kushner; Telecon with Charles Pizzara and O'Donough re offer status and related matters; Email correspondence with Fuel re financial information for single asset purchase. | 7.75 | 3,875.00 |
| | EHB | Conference call with clients, Kushner and Coleman ; Correspondence with HCC; Additional telecons with Ari Noe and Michael Eisenberg re Fuel , financial status , filing, Met Bank and other issues; | 6.00 | 3,000.00 |
| 8/30/2011 | EHB | Review VWC changes to NDA; email correspondence with HCC, AN and ME; Various Telecons with Ari Noe and Michael Eisenberg re status. | 2.08 | 1,040.00 |
| 8/31/2011 | EHB | Various Telecons and email correspondence with Ari Noe re Fuel, Bankruptcy and other issues; email correspondence with Ari Noe, Michael Eisenberg, Gary Kushner and Ron Coleman; | 2.58 | 1,290.00 |
| 9/2/2011 | EHB | review temporary restraining order; email correspondence with clients and counsel; | 0.75 | 375.00 |
| 9/5/2011 | HCC | Review Kleinman letter; Work on Yung Bros. matter (stipulation; Exchanges of communications with NYC counsel) | 1.37 | 683.33 |

Post Bankruptcy                                  Our File:    05276-03

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 9/6/2011 | EHB | Review draft letter to landlords and advertisers drafted by Ron Coleman; email correspondence with Ron Coleman; | | 0.75 | 375.00 |
| 9/7/2011 | EHB | Email correspondence re asset sale; review letters to and from City re filing and other issues; | | 1.22 | 610.00 |
| 9/8/2011 | EHB | Correspondence with Gary Kushner, Ron Coleman, Ari Noe and Michael Eisenberg; | | 0.87 | 435.00 |
| 9/9/2011 | EHB | Telecon with Ari Noe re status; | | 0.67 | 333.33 |
| | EHB | Conference call with Fuel executives and OTR re W 33rd Street asset, petition filing, and terms and conditions of existing lease; email correspondence with clients; telecons with Ari Noe and Michael Eisenberg; | | 1.75 | 875.00 |
| 9/12/2011 | HCC | Participation in court conference via telephone. | | 1.50 | 750.00 |
| 9/15/2011 | EHB | Email correspondence with Fuel attaching W 33rd Street lease; review leases and amendments; email correspondence with clients; telecon with Ari Noe;; review violations spreadsheet; email correspondence with Ron Coleman; telecon with Ari Noe; telecon with Michael Eisenberg; email correspondence with Moshe Mintz; | | 2.33 | 1,166.67 |
| | HCC | Meeting with client to discuss Walton Avenue sign issue. | | 0.85 | 425.00 |
| 9/20/2011 | EHB | Email with Fuel re status of asset offer; email with Ari Noe re same; | | 0.42 | 208.33 |
| 9/22/2011 | EHB | Email correspondence with Ari Noe and Fuel re asset purchase; | | 0.67 | 333.33 |
| 9/27/2011 | HCC | Review Holzer affidavit. | | 1.59 | 794.44 |
| 9/28/2011 | HCC | Attend hearing in bankruptcy court. | | 3.50 | 1,750.00 |
| 10/4/2011 | EHB | Email and Telecon with Ari Noe re discussions with Flexis re sale; correspondence with HCC; | | 0.92 | 458.33 |
| | HCC | Exchanges of communications with counsel for Ladder 3; Exchanges of communications with bankruptcy counsel regarding withdrawal of claim. | | 0.50 | 250.00 |
| 10/5/2011 | EHB | Telecon with Ari Noe re various assets proposed to Flexis and strategy re sale in bankruptcy context; | | 0.75 | 375.00 |
| | HCC | Preparation for and participation in conference call. | | 3.52 | 1,760.00 |
| | HCC | Exchanges of communications with appeals company and City attorney. (838 6th Avenue) | | 0.30 | 150.00 |
| 10/6/2011 | EHB | Emails and telecons with Ari Noe re Flexis proposal and calls with Friedman; review NDA for transmittal to Albert Cohen re possible asset sale; | | 0.75 | 375.00 |
| | HCC | Telephone conference with Mr. Noe; Research regarding sign/structure issue | | 0.80 | 400.00 |
| 10/7/2011 | HCC | Participation in conference call regarding Bruckner property. | | 0.69 | 343.61 |
| 10/10/2011 | HCC | Meeting with client and other counsel. | | 2.50 | 1,250.00 |
| 10/28/2011 | EHB | Joint telecom with Ari Noe, Jeremy Temkin and Gary Kushner re various issues affecting OTR, asset sale and bankruptcy proceeding; email correspondence with Jeremy Temkin; | | 1.17 | 583.33 |

Post Bankruptcy                                    Our File:     05276-03

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/2/2011 | EHB | Email and telecon with Ari Noe re Total Flexis offer; review draft agreement; email with Gary Kushner and J. Temkin; | 1.42 | 708.33 |
| 11/3/2011 | HCC | Initial review of responsive brief; Initial drafting.(838 6th Avenue ) | 1.68 | 842.08 |
| 11/4/2011 | EHB | Telecon with Ari Noe re parameters of Flexis transaction and procedure in BC; | 0.67 | 333.33 |
| | HCC | Preparing response; Exchanges of communications with adverse counsel. (838 6th Avenue) | 0.93 | 463.06 |
| 11/7/2011 | EHB | Telecon with Ari Noe re Flexis/Total offer; email correspondence with Ari Noe and Michael Eisenberg; | 0.92 | 458.33 |
| 11/8/2011 | EHB | Email correspondence with Ari Noe re status of purchase and call with other counsel; telecom with Ari Noe and Gary Kushner; | 0.42 | 208.33 |
| 11/9/2011 | HCC | Review papers filed by Ms. Harris regarding 59 4th Avenue. | 0.21 | 104.31 |
| | HCC | Telephone conference with Mr. Kushner regarding the appeal and the need for addtional time; Telephone conference with City counsel; Telephone conference with First Department; Prepare stipulation. | 2.06 | 1,030.69 |
| 11/10/2011 | EHB | Telecon with Ari Noe re Flexis proposal; email correspondence with Michael Eisenberg and Ari Noe re W 33rd Street valuation; email Dobres re counter-proposal to Flexis/Total offer; | 0.92 | 458.33 |
| 11/14/2011 | EHB | Email correspondence with Ari Noe re West 33rd Street property and issues with City; review materials; | 0.75 | 375.00 |
| 11/15/2011 | EHB | Review revised offer from Flexis/Total; email correspondence with Ari Noe re same; | 0.75 | 375.00 |
| 11/21/2011 | EHB | Email correspondence with Jon Dobres re Flexis offer; | 0.42 | 208.33 |
| 11/23/2011 | EHB | Telecon with Ari Noe re Flexis offer on 33rd Street; | 0.25 | 125.00 |
| 11/28/2011 | HCC | Telephone conference with client regarding 59 4th and Yung. | 0.40 | 200.00 |
| 11/29/2011 | HCC | Drafting reply brief. | 6.16 | 3,080.00 |
| | HCC | Exchanges of communications with all counsel regarding retention of outside counsel; Exchanges of communications with Ms. Harris regarding BSA submission. | 0.93 | 466.67 |
| 12/6/2011 | HCC | Research and drafting of Yung reply brief. | 5.10 | 2,551.67 |
| 12/8/2011 | HCC | Drafting Yung reply brief. | 1.75 | 875.00 |
| | HCC | Telephone conference with Mr. Kushner regarding 59 4th Avenue strategy issues; Exchanges of communications with attorney for 59 4th. | 0.40 | 200.00 |
| 12/12/2011 | HCC | Drafting 838 Reply brief; Email to 59 4th Ave. attorney; Research regarding 52-61, Toys-R-Us, etc. (838 6th Avenue) | 2.75 | 1,375.00 |
| 12/13/2011 | EHB | Meet with Ari Noe, Michael Eisenberg and bankruptcy counsel re next steps. | 2.42 | 1,208.33 |
| | HCC | Finalize brief for 838. | 2.50 | 1,250.00 |

Post Bankruptcy                                      Our File:        05276-03

|   Date | Atty | Description | Hours | Amount |
|---:|---|---|---:|---:|
| 12/14/2011 | EHB | Meet with Michael Eisenberg at NBC re various issues; various email correspondence with Ari Noe and counsel; | 2.33 | 1,166.67 |
| 12/21/2011 | EHB | Telecon with Ari Noe re various. | 0.42 | 208.33 |
| 1/3/2012 | HCC | Telephone conference with client; Telephone conference with Mr. Kushner; Review motion. | 1.23 | 612.78 |
| 1/4/2012 | EHB | Telecon with Ari Noe re status of various OTR matters; | 0.58 | 291.67 |
|  | HCC | Teleconference with client regarding strategy; Research regarding appeals. | 2.00 | 1,000.00 |
| 1/5/2012 | EHB | Telecon with Michael Eisenberg re status of proceedings, settlement with City and prospective sale of assets; | 0.75 | 375.00 |
|  | HCC | Telephone conference with client regarding strategy. | 0.40 | 200.00 |
| 1/6/2012 | EHB | Joint telecon with Ari Noe, and all lawyers, re significance and strategies of various issues surrounding OTR bankruptcy and related issues; email correspondence with counsel and clients; | 1.20 | 600.00 |
|  | HCC | Telephone conference with client regarding 59 4th and Yung. | 0.40 | 200.00 |
| 1/9/2012 | EHB | Email correspondence with Ari Noe re status; | 0.33 | 166.67 |
|  | HCC | Exchanges of communications with client. | 0.40 | 200.00 |
| 1/10/2012 | EHB | Email correspondence with Ari Noe re next steps; telecon with Ari Noe re same. | 0.42 | 210.00 |
|  | EHB | Various Telecons with Ari Noe re status of sales and other issues | 1.09 | 545.00 |
|  | HCC | Provide information regarding current matters; Exchanges of communications with client. | 0.71 | 355.00 |
| 1/12/2012 | EHB | Email correspondence with counsel and clients; telecon with Ari Noe; | 0.50 | 250.00 |
| 1/20/2012 | HCC | Telephone conference with client regarding 838 Sixth appeal. | 1.50 | 750.00 |
| 1/27/2012 | EHB | Various email correspondence with Ari Noe and counsel re meeting; | 0.33 | 166.67 |
| 2/1/2012 | HCC | Telephone conference with client; Telephone conference with Mr. Kushner; Review motion . | 1.23 | 612.78 |
|  | EHB | Email correspondence and telecons with Ari Noe and Michael Eisenberg; | 0.92 | 458.33 |
| 2/7/2012 | EHB | Teleconference with Ari Noe and Ron Coleman re work out strategies; review revised Coleman letter; email correspondence. | 0.80 | 400.00 |
|  | HCC | Exchanges of communications with other counsel regarding creditors and City. | 1.20 | 600.00 |
| 2/8/2012 | EHB | Joint telecon with Michael Eisemnberg, Ari Noe and Gary Kushner re various issues; | 1.42 | 708.33 |
| 2/12/2012 | HCC | Research regardin 54 9th; Exchanges of communication with client rgardin same. | 3.00 | 1,500.00 |

Post Bankruptcy                                      Our File:    05276-03

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 2/13/2012 | EHB | Telecon with Ari Noe re status of bankruptcy proceedings and asset sale developments; | | 0.75 | 375.00 |
|  | HCC | Exchanges of communications with other counsel and client. | | 1.50 | 750.00 |
| 2/22/2012 | EHB | Email correspondence with Ari Noe; review Lamar lease and decision involving Van Wagner; | | 1.17 | 583.33 |
| 3/1/2012 | HCC | Telephone conference with client regarding Yung Appeal; Telephone conference with Mr. Sternberg, Corp. Counsel's office. | | 0.40 | 200.00 |
|  | EHB | Various email and telecons with clients and counsel re bankruptcy filing, schedules, issues and strategies; | | 1.42 | 708.33 |
| 3/2/2012 | EHB | Email correspondence with Ari Noe re status; | | 0.42 | 208.33 |
| 3/5/2012 | HCC | Exchanges of communications with Mr. Kleinman regarding 838 Sixth Avenue. | | 0.30 | 150.00 |
| 3/6/2012 | HCC | Telephone conference with Mr. Eisenberg regarding lease for former OTR space; Quick research regarding mitigation. | | 0.40 | 200.00 |
| 3/9/2012 | EHB | Review Lamar settlement agreement; email correspondence with Gary Kushner; | | 0.58 | 291.67 |
| 3/12/2012 | EHB | Email correspondence with Ari Noe re status; Telecon with Ari Noe; | | 0.92 | 458.33 |
|  | HCC | Exchanges of communications with 59 4th's attorney; Exchanges of communications with Lamar's counsel. | | 1.71 | 853.75 |
|  | HCC | Exchanges of communications with Mr. Tsimopolous's office; Exchanges of communications with client. | | 0.30 | 150.00 |
| 3/13/2012 | HCC | Exchanges of communications with client regard appeal of Yung decision. | | 0.30 | 150.00 |
| 3/14/2012 | EHB | Telecons with Ari Noe and Michael Eisenberg re current financial position of the company, potential asset sales, and secured lender; email correspondence with Gary Kushner; | | 1.92 | 958.33 |
| 3/16/2012 | EHB | Telecon with Gary Kushner re asset transaction status and related issues; | | 0.42 | 208.33 |
| 3/19/2012 | HCC | Review Yung appeal papers. | | 0.95 | 472.78 |
|  | HCC | Review email from client regarding Lamar structure on 11th avenue, and attached documents; Email to client; Telephone conference with client; Call to Corporation Counsel's office regarding appeal. | | 1.78 | 887.92 |
| 3/20/2012 | EHB | Meet with Ari Noe, Michael Eisenberg and bankruptcy counsel re next steps; | | 2.42 | 1,208.33 |
| 3/22/2012 | HCC | Telephone conference with Mr. Eisenberg regarding Syms matter; Telephone conference with Mr. Kushner. | | 0.47 | 233.33 |
| 3/23/2012 | HCC | Review City submission. | | 0.75 | 375.00 |
| 4/16/2012 | HCC | Telephone conference with Mr. Noe regarding Covenant House location. | | 1.00 | 500.00 |
| 4/23/2012 | HCC | Review Convent House rulings.Review Wan Wagner decision. | | 1.02 | 511.11 |

Post Bankruptcy                                           Our File:       05276-03

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/24/2012 | HCC | Telephone conference with client regarding 838 6th Avenue ECB hearing. | 0.40 | 200.00 |
| 4/25/2012 | EHB | Joint teleco with Ari Noe, Michael Eisenberg and Gary Kushner re status report and various other issues; conferences with HCC re same; | 1.25 | 625.00 |
| 4/27/2012 | EHB | Email correspondence with Ari Noe re city action on signs; | 0.42 | 208.33 |
| 5/31/2012 | EHB | Telecon with Ari Noe re status of plan and proceedings and issued with Fuel infringement of NDA; | 0.92 | 458.33 |
| 6/1/2012 | EHB | Email correspondence with Ari Noe re Fuel violations of NDA; | 0.33 | 166.67 |
| | HCC | Telecon with Ari Noe. | 0.40 | 200.00 |
| 7/9/2012 | EHB | Telecon with Ari Noe; | 0.50 | 250.00 |
| | HCC | Telecon with Ari Noe. | 0.30 | 150.00 |

|  |  |  |
|---|---:|---:|
| For professional services rendered | 136.52 | $68,220.92 |
| Additional charges: | | |
| 9/26/2011 Courier Service | | 21.00 |
| 12/7/2011 Westlaw research | | 20.77 |
| 12/12/2011 Westlaw research | | 96.59 |
| Total costs | | $138.36 |
| Total amount of this bill | | $68,359.28 |
| Balance due | | $68,359.28 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward H. Burnbaum | 70.48 | 500.00 | $35,211.61 |
| Howard C. Crystal | 66.04 | 500.00 | $33,009.31 |