Goetz Fitzpatrick LLP
One Penn Plaza
44th Floor
New York, New York 10119
Telephone: 212-695-8100
Facsimile: 212-629-4013
By: Gary M. Kushner, Esq.
Scott D. Simon, Esq.

*Attorneys for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11

OTR MEDIA GROUP INC.,                               Case No. 11-47385 (ESS)


                        Debtor.
-------------------------------------------------------------X

## ORDER GRANTING FIRST INTERIM APPLICATION OF NOVACK BURNBAUM CRYSTAL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

**UPON** the first interim application (the "Application") filed on July 30, 2012 by Goetz Fitzpatrick LLP, as chapter 11 counsel for the debtor and debtor-in-possession, OTR Media Group Inc. (the "Debtor") on behalf of Novack Burnbaum Crystal LLP ("NBC"), seeking interim allowance of compensation for legal services rendered and the reimbursement of expenses pursuant to section 330(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, as supplemented by the Local Bankruptcy Rules; and it appearing that proper and adequate notice of the Application has been given to all parties in interest and creditors and that no other or further notice is necessary; and good and sufficient cause appearing thereof, it is hereby

**ORDERED**, that NBC is granted an allowance of interim fees in the amount of $47,754.64, the amount which is 70% of the total fees sought in the Application, and reimbursement of $138.36, the amount which is 100% of the total expenses sought in the Application, covering the period between August 25, 2011 and June 30, 2012; and it is further

**ORDERED**, that the Debtor is hereby authorized and directed to pay NBC the total amount of $47,754.64, the amount which is 70% of the total fees sought in the Application, and reimbursement of $138.36, the amount which is 100% of the total expenses sought in the Application.

No Objection:

/s/ William E. Curtin
United States Trustee



Dated: Brooklyn, New York
September 4, 2012

Elizabeth S. Stong
**United States Bankruptcy Judge**