**EXHIBIT A**

## Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: OTR Media Group, Inc. |
| Slip.Transaction Dat | 7/1/2012 - 1/31/2013 |
| Acti.Selection | Include: Asset Disposition; Business Operation; Case Administration; Cash Collateral; Claims Objection; Court Hearings; DP; Fee Application; Fee Objections; File Maintenance; Litigation & Motion Practice; Plan & Disclosure; Professional Retention; Research |

| Title | Amount | % Total | Time | % Total |
|---|---:|---:|---:|---:|
| **Business Operation** | | | | |
|   Fees: Slip Value | 19272.50 | 11.68% | 47.70 | 11.73% |
|   Fees: Billable | 19272.50 | 11.68% | 47.70 | 11.73% |
|   Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Fees: Billed Slip Value | 19272.50 | | | |
|   Fees: Profitability | 0.00 | 0.00% | | |
|   Fees: % Gain | | 0.00% | | |
|   Fees: Overhead | 0.00 | | | |
|   Fees: % Overhead | | 0.00% | | |
|   Fees: Estimated | | | 47.70 | |
|   Fees: Variance | | | 0.00 | |
|   Fees: % Variance | | | | 0.00% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Costs: Billable | 0.00 | 0.00% | | |
|   Costs: Unbillable | 0.00 | 0.00% | | |
|   Costs: Billed Slip Value | 0.00 | | | |
|   Costs: Profitability | 0.00 | 0.00% | | |
|   Costs: % Gain | | 0.00% | | |
|   Total: Slip Value | 19272.50 | 11.68% | 47.70 | 11.73% |
|   Total: Billable | 19272.50 | 11.68% | 47.70 | 11.73% |
|   Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Total: Billed Slip Value | 19272.50 | | | |
|   Total: Profitability | 0.00 | 0.00% | | |
|   Total: % Gain | | 0.00% | | |
|   Total: Overhead | 0.00 | | | |
|   Total: % Overhead | | 0.00% | | |
|   Total: Estimated | | | 47.70 | |
|   Total: Variance | | | 0.00 | |
|   Total: % Variance | | | | 0.00% |
| **Case Administration** | | | | |
|   Fees: Slip Value | 9165.00 | 5.56% | 22.90 | 5.63% |
|   Fees: Billable | 9165.00 | 5.56% | 22.90 | 5.63% |
|   Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Fees: Billed Slip Value | 9165.00 | | | |
|   Fees: Profitability | 0.00 | 0.00% | | |
|   Fees: % Gain | | 0.00% | | |
|   Fees: Overhead | 0.00 | | | |
|   Fees: % Overhead | | 0.00% | | |
|   Fees: Estimated | | | 22.90 | |
|   Fees: Variance | | | 0.00 | |
|   Fees: % Variance | | | | 0.00% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Costs: Billable | 0.00 | 0.00% | | |
|   Costs: Unbillable | 0.00 | 0.00% | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 9165.00 | 5.56% | 22.90 | 5.63% |
| Total: Billable | 9165.00 | 5.56% | 22.90 | 5.63% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 9165.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 22.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Cash Collateral** | | | | |
| Fees: Slip Value | 5507.50 | 3.34% | 14.10 | 3.47% |
| Fees: Billable | 5507.50 | 3.34% | 14.10 | 3.47% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 5507.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 14.10 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 5507.50 | 3.34% | 14.10 | 3.47% |
| Total: Billable | 5507.50 | 3.34% | 14.10 | 3.47% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 5507.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 14.10 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Claims Objection** | | | | |
| Fees: Slip Value | 10547.50 | 6.39% | 25.70 | 6.32% |
| Fees: Billable | 10547.50 | 6.39% | 25.70 | 6.32% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 10547.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 25.70 | |

| Title | Amount | % Total | Time | % Total |
|---|---:|---:|---:|---:|
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 10547.50 | 6.39% | 25.70 | 6.32% |
| Total: Billable | 10547.50 | 6.39% | 25.70 | 6.32% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 10547.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 25.70 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Court Hearings** | | | | |
| Fees: Slip Value | 15732.50 | 9.54% | 37.00 | 9.10% |
| Fees: Billable | 15732.50 | 9.54% | 37.00 | 9.10% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 15732.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 37.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 15732.50 | 9.54% | 37.00 | 9.10% |
| Total: Billable | 15732.50 | 9.54% | 37.00 | 9.10% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 15732.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 37.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Fee Application** | | | | |
| Fees: Slip Value | 22285.00 | 13.51% | 56.20 | 13.83% |
| Fees: Billable | 22285.00 | 13.51% | 56.20 | 13.83% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 22285.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 56.20 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 22285.00 | 13.51% | 56.20 | 13.83% |
| Total: Billable | 22285.00 | 13.51% | 56.20 | 13.83% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 22285.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 56.20 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

Litigation & Motion Practice

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Slip Value | 40725.00 | 24.69% | 105.30 | 25.90% |
| Fees: Billable | 40725.00 | 24.69% | 105.30 | 25.90% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 40725.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | | 0.00% | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | | 0.00% | | |
| Fees: Estimated | | | 105.30 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | | 0.00% | | |
| Total: Slip Value | 40725.00 | 24.69% | 105.30 | 25.90% |
| Total: Billable | 40725.00 | 24.69% | 105.30 | 25.90% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 40725.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | | 0.00% | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | | 0.00% | | |
| Total: Estimated | | | 105.30 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Plan & Disclosure | | | | |
|   Fees: Slip Value | 34458.50 | 20.89% | 77.90 | 19.16% |
|   Fees: Billable | 34458.50 | 20.89% | 77.90 | 19.16% |
|   Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Fees: Billed Slip Value | 34458.50 | | | |
|   Fees: Profitability | 0.00 | 0.00% | | |
|   Fees: % Gain | 0.00% | | | |
|   Fees: Overhead | 0.00 | | | |
|   Fees: % Overhead | 0.00% | | | |
|   Fees: Estimated | | | 77.90 | |
|   Fees: Variance | | | 0.00 | |
|   Fees: % Variance | | | 0.00% | |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Costs: Billable | 0.00 | 0.00% | | |
|   Costs: Unbillable | 0.00 | 0.00% | | |
|   Costs: Billed Slip Value | 0.00 | | | |
|   Costs: Profitability | 0.00 | 0.00% | | |
|   Costs: % Gain | 0.00% | | | |
|   Total: Slip Value | 34458.50 | 20.89% | 77.90 | 19.16% |
|   Total: Billable | 34458.50 | 20.89% | 77.90 | 19.16% |
|   Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Total: Billed Slip Value | 34458.50 | | | |
|   Total: Profitability | 0.00 | 0.00% | | |
|   Total: % Gain | 0.00% | | | |
|   Total: Overhead | 0.00 | | | |
|   Total: % Overhead | 0.00% | | | |
|   Total: Estimated | | | 77.90 | |
|   Total: Variance | | | 0.00 | |
|   Total: % Variance | | | 0.00% | |
| Research | | | | |
|   Fees: Slip Value | 7260.00 | 4.40% | 19.70 | 4.85% |
|   Fees: Billable | 7260.00 | 4.40% | 19.70 | 4.85% |
|   Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Fees: Billed Slip Value | 7260.00 | | | |
|   Fees: Profitability | 0.00 | 0.00% | | |
|   Fees: % Gain | 0.00% | | | |
|   Fees: Overhead | 0.00 | | | |
|   Fees: % Overhead | 0.00% | | | |
|   Fees: Estimated | | | 19.70 | |
|   Fees: Variance | | | 0.00 | |
|   Fees: % Variance | | | 0.00% | |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Costs: Billable | 0.00 | 0.00% | | |
|   Costs: Unbillable | 0.00 | 0.00% | | |
|   Costs: Billed Slip Value | 0.00 | | | |
|   Costs: Profitability | 0.00 | 0.00% | | |
|   Costs: % Gain | 0.00% | | | |
|   Total: Slip Value | 7260.00 | 4.40% | 19.70 | 4.85% |
|   Total: Billable | 7260.00 | 4.40% | 19.70 | 4.85% |
|   Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
|   Total: Billed Slip Value | 7260.00 | | | |
|   Total: Profitability | 0.00 | 0.00% | | |
|   Total: % Gain | 0.00% | | | |
|   Total: Overhead | 0.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 19.70 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Grand Total** | | | | |
| Fees: Slip Value | 164953.50 | 100.00% | 406.50 | 100.00% |
| Fees: Billable | 164953.50 | 100.00% | 406.50 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 164953.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 406.50 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 164953.50 | 100.00% | 406.50 | 100.00% |
| Total: Billable | 164953.50 | 100.00% | 406.50 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 164953.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 406.50 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |