# Pease & Associates Inc.
*1422 Euclid Avenue, Suite 801*
*Cleveland, OH  44115*
*216-348-9600*

Client No.   *60020OM.0000*
Invoice No.  *139741*
Date         *05/31/2012*

Mr. Michael Eisenberg
OTR Media Group, Inc.
40 Fulton Street, Room 6
6th Floor
New York, NY  10038-5091

***For professional services rendered for the period ending May 31, 2012:***

<u>**Non-Recurring Services:**</u>
Kuno Bell's time in connection with bankruptcy related liability issues:

| Date | Description |
|---|---|
| 5/25/2012 | Meeting regarding bankruptcy, review and discuss documentation (1.0 hours @ $295) |
| 5/29/2012 | Time related to providing information for approval of retention (1.2 hours @ $295) |
| 5/31/2012 | Preparation of bankruptcy affidavit to request confirmation of plan and certify compliance with the set forth requirements (0.6 hours @ $295) |

Current Amount Due   $      800.00

If you choose to pay by credit card, please provide your credit card information as follows.  We accept Visa, Mastercard and American Express.

Credit Card Number: _____   Expiration Date: _____
Name on Card: _____   Security Code:

Signature:

# Pease & Associates Inc.
*1422 Euclid Avenue, Suite 801*
*Cleveland, OH  44115*
*216-348-9600*

                                                         Client No.   *60020OM.0000*
                                                         Invoice No.  *140208*
                                                         Date          *06/30/2012*

Mr. Michael Eisenberg
OTR Media Group, Inc.
40 Fulton Street, Room 6
6th Floor
New York, NY  10038-5091

---

*For professional services rendered for the period ending Jun 30, 2012:*

<u>*Non-Recurring Services:*</u>
Kuno Bell's time in connection with bankruptcy related liability issues:

| Date | Description |
|---|---|
| 6/22/2012 | Review of information regarding tax billings (0.5 hours @ $295) |
| 6/26/2012 | Conference with Scott Simon from Goetz Fitzpatrick, LLP to discuss bankruptcy related matters (0.5 hours @ $295) |
| 6/27/2012 | Time related to preparation of bankruptcy affidavit to request confirmation of plan and certify compliance with the set forth requirements (0.5 hours @ $295) |
| 6/28/2012 | Conference with Scott Simon from Goetz Fitzpatrick, LLP to discuss bankruptcy related matters (0.5 hours @ $295) |

                                                      Current Amount Due    $      590.00

If you choose to pay by credit card, please provide your credit card information as follows.  We accept Visa, Mastercard and American Express.

Credit Card Number: _____    Expiration Date: _____
Name on Card: _____    Security Code:

Signature:

# Pease & Associates Inc.
*1422 Euclid Avenue, Suite 801*
*Cleveland, OH  44115*
*216-348-9600*

                Client No.   *60020OM.0000*
                Invoice No.  *140527*
                Date          *07/31/2012*

Mr. Michael Eisenberg
OTR Media Group, Inc.
40 Fulton Street, Room 6
6th Floor
New York, NY  10038-5091

*For professional services rendered for the period ending Jul 31, 2012:*

<u>*Non-Recurring Services:*</u>
Kuno Bell's time in connection with bankruptcy related liability issues:

7/09/2012    Time related to preparation of retention certificate (0.5 hours @ $295)

7/18/2012    Review of documents and information (0.4 hours @ $295)

7/25/2012    Conference with Mr. Bajeley regarding bankruptcy issues (0.8 hours @ $295)


                Current Amount Due    $     500.00

If you choose to pay by credit card, please provide your credit card information as follows.  We accept Visa, Mastercard and American Express.

Credit Card Number: _____    Expiration Date: _____
Name on Card: _____    Security Code:

Signature:

# Pease & Associates Inc.
*1422 Euclid Avenue, Suite 801*
*Cleveland, OH 44115*
*216-348-9600*

      Client No. *60020OM.0000*
      Invoice No. *140961*
      Date        *08/31/2012*

Mr. Michael Eisenberg
OTR Media Group, Inc.
40 Fulton Street, Room 6
6th Floor
New York, NY 10038-5091

*For professional services rendered for the period ending Aug 31, 2012:*

**Non-Recurring Services:**
Kuno Bell's time in connection with bankruptcy related liability issues:

| Date | Description |
|---|---|
| 8/15/2012 | Determine allocation of time to complete items related to the bankruptcy (0.5 hours @ $295) |
| 8/16/2012 | Review status of tax returns and correspondence and discussions with Ari Noe (0.5 hours @ $295) |
| 8/27/2012 | Review 2011 tax returns, financial information and accounting workpapers (0.8 hours @ $295) |

      Current Amount Due    $     500.00

If you choose to pay by credit card, please provide your credit card information as follows. We accept Visa, Mastercard and American Express.

Credit Card Number: _____     Expiration Date: _____
Name on Card: _____     Security Code:

Signature:

Client No.   *60020OM.0000*
Invoice No.  *141858*
Date         *09/30/12*

Mr. Michael Eisenberg
OTR Media Group, Inc.
40 Fulton Street, Room 6
6th Floor
New York, NY 10038-5091

*For professional services rendered for the period ending Sept. 30, 2012:*

### Recurring Services:
Final billing for the preparation and review of the 2011 income tax returns for OTR Media Group, Inc. and the preparation and review of the 2011 tax returns and accounting for Splash Media Group

| | | |
|---|---|---|
| 9/18/2012 | Melissa Collins – review information and documentation before starting preparation of return (0.3 @ $100) | |
| 9/19/2012 | Melissa Collins – Begin preparation of returns (3.00 @ $100) | |
| 9/20/2012 | Melissa Collins – Finish preparation of returns and send for review (6.8 @ $100) | |
| 9/24/2012 | Karen Vaughn – Review returns (4.0 hours @ $210) | |
| 9/25/2012 | Karen Vaughn – Review returns and preparation of preliminary return for K-1 (5.5 hours @ $210) | |
| 9/26/2012 | Karen Vaughn – Finalize returns (6.0 @ $210) | |
| | | $   4,200.00 |

### Non-Recurring Services:
Time in connection with bankruptcy related liability issues:

9/05/2012    Kuno Bell - Review tax return information (0.4 hours @ $295)

9/19/2012    Karen Vaughn – Reconciliation of retained earnings to prior year return; reconciliation of inter-company detail to affiliate company; reconciliation of fixed asset detail (4.0 hours @ $210)

9/19/2012    Melissa Collins – Review and resolve adjusting entries to be made in Quickbooks; including updating depreciation and posting entries (2.7 hours @ $100)

9/20/2012    Karen Vaughn – Reconciliation of payroll and taxes to annual payroll reports (1.5 hours @ $210)

9/20/2012    Melissa Collins – Make adjusting entries to Quickbooks (4.2 @ $100)

| | |
|---|---|
| 9/26/2012 | Kuno Bell - Review tax returns and discuss information with tax staff (0.6 hours @ $295) |
| 9/27/2012 | Kuno Bell - Discussions with tax staff regarding tax return issues; answer questions (0.5 hours @ $295) |
| 9/28/2012 | Kuno Bell - Time related to review information after receiving return information (0.5 hours @ $295) |

                                                                                       2,500.00

                                              Current Amount Due    $     6,700.00

If you choose to pay by credit card, please provide your credit card information as follows. We accept Visa, Mastercard and American Express.

Credit Card Number: _____  Expiration Date: _____
Name on Card: _____  Security Code: 

Signature:

# Pease & Associates Inc.
*1422 Euclid Avenue, Suite 801*
*Cleveland, OH 44115*
*216-348-9600*

Client No.   *60020OM.0000*
Invoice No.  *141858*
Date         *10/31/2012*

Mr. Michael Eisenberg
OTR Media Group, Inc.
40 Fulton Street, Room 6
6th Floor
New York, NY  10038-5091

*For professional services rendered for the period ending Oct. 31, 2012:*

*<u>Non-Recurring Services:</u>*
Kuno Bell's time in connection with bankruptcy related liability issues:

10/15/2012   Review tax returns (0.8 hours @ $295)

10/22/2012   Time related to providing accounting assistance and reviewing adjusting entries in Quickbooks (1.5 hours @ $295)

10/26/2012   Review accounting and Quickbooks information (0.5 hours @ $295)

                                          Current Amount Due     $        800.00

If you choose to pay by credit card, please provide your credit card information as follows.  We accept Visa, Mastercard and American Express.

Credit Card Number: _____    Expiration Date: _____
Name on Card: _____    Security Code:

Signature: