

**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice No: 367948
Invoice Date: 6/27/2012
Client #     105536

**Payment is due upon receipt**

OTR 296A, LLC
Ari Noe
OTR Media
124 Wall Street
32nd Floor
New York, New York 10005

## INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:

105536-001        838 6th Avenue, New York, NY (Article 78 relating to ECB Hearing)

| | | |
|---|---|---:|
| Fees for Legal Services | $ | 2,445.50 |
| Expenses and Other Charges | $ | 0.00 |
| **TOTAL CHARGES THIS INVOICE** | $ | 2,445.50 |
| **TOTAL CHARGES PAST DUE** | $ | 0.00 |
| **TOTAL CHARGES DUE** | $ | 2,445.50 |

**TOTAL CHARES DUE UPON RECEIPT**

```
 WIRE TRANSFER FUNDS TO:
  KEYBANK, NA
  ROUTING # 021 300 077
  DEPOSITORY ACCOUNT # 325900033615
  S.W.I.F.T. BIC:  KEYBUS33
```

---

**Remittance Stub**

PLEASE MAIL PAYMENT TO:

  Whiteman Osterman & Hanna LLP
  One Commerce Plaza
  Albany, NY  12260

Matter ID:  105536-001

**Credit Card Type:**

Please Circle:   MC  -  VISA  -  DISCOVER  -  AMEX

Account Number:_____-_____-_____-_____

Expiration Date:____/____/____   CCV Number (Back of Card) _____

Name As Appears on Card: _____

**Total Amount Paid: $_____**



**WHITEMAN OSTERMAN & HANNA** LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice #: 367948
Invoice Date: 6/27/2012
Matter ID: 105536-001
Page: 2

OTR 296A, LLC
Ari Noe
OTR Media
124 Wall Street
32nd Floor
New York, New York 10005

**For professional services rendered through May 31, 2012**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---:|---:|
| 4/20/2012 | Examined newly discovered evidence; | C. Buckey | 0.40 | 118.00 |
| 4/23/2012 | Strategy session with R. Rosborough regarding potential Article 78 proceeding; Analyzed potential additional evidence; | C. Buckey | 2.00 | 590.00 |
| 4/23/2012 | Research theory under which to bring Article 78 challenging denial of non-conforming use status; Review and detail facts and proof needed to establish prior non-conforming use; | R. Rosborough | 1.00 | 175.00 |
| 4/24/2012 | Telephone conference with A. Noe regarding strategy; | C. Buckey | 0.40 | 118.00 |
| 4/25/2012 | Examined BSA decision and documents relating to 868 6th Avenue; Strategy call with Ari Noe; | C. Buckey | 3.20 | 944.00 |
| 4/26/2012 | Telephone conference with Lindsay Garroway regarding 4/27/12 hearing and strategy ; Telephone conference with Ari Noe regarding strategy; Attended to OATH challenge; | C. Buckey | 1.00 | 295.00 |
| 4/26/2012 | Research exceptions to failure to exhaust administrative remedies doctrine; | R. Rosborough | 0.50 | 87.50 |
| 4/27/2012 | Strategy Session regarding potential litigation without new administrative determination; | C. Buckey | 0.40 | 118.00 |

Sub-Total Fees: 2,445.50

<u>Summary of Fees</u>

| | Hours | Rate/Hr |
|---|---:|---:|
| Christopher E. Buckey | 7.40 | 295.00 |
| Robert Rosborough | 1.50 | 175.00 |

WHITEMAN
OSTERMAN
& HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice #: 367948
Invoice Date: 6/27/2012
Matter ID: 105536-001
Page: 3

|  | Total hours: | 8.90 | 274.78 |
|---|---|---|---|

| | | |
|---|---|---|
| **Total Fees Due for this Matter:** | $ | **2,445.50** |
| **Total Fees and Costs Due:** $ | | **2,445.50** |
| **Total Charges Past Due:** $ | | 0.00 |
| **Total Charges Due:** $ | | **2,445.50** |



**WHITEMAN OSTERMAN & HANNA** LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice No: 373832
Invoice Date: 12/19/2012
Client #     105536

**Payment is due upon receipt**

OTR Media Group, Inc.
Ari Noe
424 West 33rd Street
#530
New York, New York 10001

## INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
105536-002          538 10th Avenue, City of New York (Challenge of NYC Environmental

| | | |
|---|---|---:|
| Fees for Legal Services | $ | 1,888.00 |
| Expenses and Other Charges | $ | 0.00 |
| **TOTAL CHARGES THIS INVOICE** | $ | 1,888.00 |
| **TOTAL CHARGES PAST DUE** | $ | 0.00 |
| **TOTAL CHARGES DUE** | $ | 1,888.00 |

**TOTAL CHARGES DUE UPON RECEIPT**

```
WIRE TRANSFER FUNDS TO:
 KEYBANK, NA
 ROUTING # 021 300 077
 DEPOSITORY ACCOUNT # 325900033615
 S.W.I.F.T. BIC:  KEYBUS33
```

---

**Remittance Stub**

PLEASE MAIL PAYMENT TO:

Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY  12260

Matter ID:  105536-002

**Credit Card Type:**

Please Circle:   MC  -  VISA  -  DISCOVER  -  AMEX

Account Number:_____-_____-_____-_____

Expiration Date:____/____/____   CCV Number (Back of Card) _____

Name As Appears on Card: _____

**Total Amount Paid: $_____**



**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice #: 373832
Invoice Date: 12/19/2012
Matter ID: 105536-002
Page: 2

OTR Media Group, Inc.
Ari Noe
424 West 33rd Street
#530
New York, New York 10001

**For professional services rendered through December 19, 2012**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/18/2012 | Meeting with A. Noe regarding appeal from ECB matter and Article 78 strategy; | | |
| | C. Buckey | 0.50 | 147.50 |
| 4/19/2012 | Attended to analysis of potential Article 78 proceeding; | | |
| | C. Buckey | 0.40 | 118.00 |
| 4/26/2012 | Examined Covenant House papers; | | |
| | C. Buckey | 1.00 | 295.00 |
| 4/27/2012 | Attended to potential Article 78 relating to Covenant House; | | |
| | C. Buckey | 0.40 | 118.00 |
| 5/8/2012 | Telephone conference with A. Noe; | | |
| | C. Buckey | 0.30 | 88.50 |
| 5/10/2012 | Examined record; Outlined potential Article 78 challenge; Strategy sessions with R. Rosborough; | | |
| | C. Buckey | 3.00 | 885.00 |
| 5/11/2012 | Attended to Article 78 analysis; | | |
| | C. Buckey | 0.50 | 147.50 |
| 5/18/2012 | E-mails with A. Noe; | | |
| | C. Buckey | 0.30 | 88.50 |
| | Sub-Total Fees: | | 1,888.00 |

### Summary of Fees

| | Hours | Rate/Hr |
|---|---|---|
| Christopher E. Buckey | 6.40 | 295.00 |
| Total hours: | 6.40 | 295.00 |

**Total Fees Due for this Matter:** $ 1,888.00

# WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice #: 373832
Invoice Date: 12/19/2012
Matter ID: 105536-002
Page: 3

|  |  |
|---|---:|
| **Total Fees and Costs Due: $** | 1,888.00 |
| **Total Charges Past Due: $** | 0.00 |
| **Total Charges Due: $** | 1,888.00 |

# WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Yung Brothers Real Estate Co., Inc.
Ari Noe
1926 52nd Street
Brooklyn, New York 11204

Invoice No. 365265
4/13/2012
Client #    105458

**Payment is due upon receipt**

INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
105458-001    Limandri and NYC (Motion for Leave to Appeal to the Court of Appeals)

| | | |
|---|---|---|
| Fees for Legal Services | $ 12,459.00 | |
| Expenses and Other Charges | 260.53 | |
| **TOTAL CHARGES THIS INVOICE** | | $ 12,719.53 |
| **TOTAL CHARGES PAST DUE** | | $ 0.00 |
| **TOTAL CHARGES DUE** | | $ 12,719.53 |

TOTAL CHARGES DUE UPON RECEIPT

PLEASE MAIL PAYMENT TO:
   WHITEMAN OSTERMAN & HANNA LLP
   ONE COMMERCE PLAZA
   ALBANY, NY  12260

OR WIRE TRANSFER FUNDS TO:
   KEYBANK, NA
   ROUTING # 021 300 077
   DEPOSITORY ACCOUNT # 325900033615
   S.W.I.F.T. BIC: KEYBUS33

# WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

April 13, 2012
Invoice 365265
Page: 2

Yung Brothers Real Estate Co., Inc.
Ari Noe
1926 52nd Street
Brooklyn, New York 11204

Our Matter # 105458-001
Limandri and NYC (Motion for Leave to Appeal to the Court of Appeals)

For professional services rendered through March 31, 2012

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/13/2012 | Examined decisions; Telephone conference with A. Noe; C. Buckey | 1.00 | 295.00 |
| 3/14/2012 | Telephone conference with A. Noe (x2); Coordinated leave application and stay application; C. Buckey | 1.50 | 442.50 |
| 3/14/2012 | Review 1st Department decision; Research whether stay issued by Supreme Court is still in effect; Review record on appeal; Review appellate briefs; Draft motion for leave to appeal to the Court of Appeals; R. Rosborough | 4.90 | 857.50 |
| 3/15/2012 | Review record on appeal; Draft motion for leave to appeal; R. Rosborough | 4.40 | 770.00 |
| 3/16/2012 | Attended to leave application; Telephone conference with A. Noe; C. Buckey | 2.00 | 590.00 |
| 3/16/2012 | Draft motion for leave to appeal; Draft notice of motion for leave to appeal; R. Rosborough | 6.60 | 1,155.00 |
| 3/17/2012 | Attended to Motion for Leave; C. Buckey | 1.20 | 354.00 |
| 3/17/2012 | Review and revise motion for leave to appeal; R. Rosborough | 1.20 | 210.00 |
| 3/18/2012 | Modified motion for leave; Telephone conference with A. Noe; C. Buckey | 3.00 | 885.00 |
| 3/18/2012 | Review and revise motion for leave to appeal; | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | R. Rosborough | 2.80 | 490.00 |
| 3/19/2012 | Attended to leave application; Telephone conference with Howard Crystal and A. Noe regarding strategy; Strategy session with R. Rosborough; | | | |
| | | C. Buckey | 2.00 | 590.00 |
| 3/19/2012 | Telephone conference with R. Sternberg re service of notice of entry; Prepare motion for leave to appeal for filing/service; Draft Court of Appeals filing letter; Draft cover for motion for leave to appeal; Review H. Crystal comments on motion for leave to appeal; | | | |
| | | R. Rosborough | 1.10 | 192.50 |
| 3/20/2012 | Modified leave application and stay request; | | | |
| | | C. Buckey | 4.00 | 1,180.00 |
| 3/20/2012 | Review and revise motion for leave to appeal; | | | |
| | | R. Rosborough | 1.70 | 297.50 |
| 3/21/2012 | Attended to leave application and stay request; | | | |
| | | C. Buckey | 3.00 | 885.00 |
| 3/21/2012 | Review and revise motion for leave to appeal; Review Court of Appeals rules re application for a temporary restraining order; | | | |
| | | R. Rosborough | 0.80 | 140.00 |
| 3/22/2012 | Attended to stay application; Modified motion papers; | | | |
| | | C. Buckey | 2.50 | 737.50 |
| 3/22/2012 | Draft and revise order to show cause; Draft and revise statement in support of stay of Appellate Division order; Review and revise motion for leave to appeal; Telephone conference with H. Davis re presentation of order to show cause; Draft 202.7(f) letter to R. Sternberg re presentation of order to show cause; E-mail to R. Sternberg re presentation of order to show cause; Prepare proposed order to show cause and motion for leave to appeal for service/filing; | | | |
| | | R. Rosborough | 3.40 | 595.00 |
| 3/23/2012 | Attended to filing and service of leave application and request for immediate stay; Examined City's response; | | | |
| | | C. Buckey | 3.50 | 1,032.50 |
| 3/23/2012 | Assist re filing and service of order to show cause re motion for leave to appeal; | | | |
| | | J. Kroll | 0.50 | 55.00 |
| 3/23/2012 | Prepare motion for leave to appeal for filing/service; Telephone conference with H. Crystal's office re signed copy of Appellate Division brief; Telephone conference with R. Sternberg re accepting E-mail service of letter to Court of Appeals in opposition to stay; Review R. Sternberg letter to Court of Appeals in opposition to stay; | | | |
| | | R. Rosborough | 1.50 | 262.50 |
| 3/27/2012 | Telephone conference with Court; E-mail to client; Telephone conference with A. Noe; | | | |
| | | C. Buckey | 0.50 | 147.50 |
| 3/28/2012 | Prepared summary of motion for admin. attorney; | | | |
| | | C. Buckey | 1.00 | 295.00 |
| | | Sub-total Fees: | | 12,459.00 |

## Summary of Fees

|  | Hours | Rate/Hr |
|---|---|---|
| Christopher E. Buckey | 25.20 | 295.00 |
| Jeanne Kroll | 0.50 | 110.00 |
| Robert Rosborough | 28.40 | 175.00 |
| Total hours: | 54.10 | 230.30 |

**Total Fees Due for this Matter** $ 12,459.00

## Reimbursable Costs

|  |  |  |
|---|---|---|
|  | Photocopy Charges | 116.80 |
| 3/19/2012 | CONSTRUCTIVE COPY, LLC - Copies | 98.73 |
| 3/21/2012 | CLERK OF COURT OF APPEALS - Motion Fee | 45.00 |

**Total Reimbursable Costs** $ 260.53

**Total Fees and Costs Due** $ 12,719.53

WHITEMAN
OSTERMAN
& HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice No. 366924
5/25/2012
Client #    105458

**Payment is due upon receipt**

Yung Brothers Real Estate Co., Inc.
Ari Noe
1926 52nd Street
Brooklyn, New York 11204

INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
105458-001     Limandri and NYC (Motion for Leave to Appeal to the Court of Appeals)

| | | |
|---|---|---|
| Fees for Legal Services | $ 1,298.00 | |
| Expenses and Other Charges | $ 11.35 | |
| TOTAL CHARGES THIS INVOICE | | $ 1,309.35 |
| **TOTAL CHARGES PAST DUE** | | $ 12,719.53 |
| **TOTAL CHARGES DUE** | | $ 14,028.88 |

WIRE TRANSFER FUNDS TO:
KEYBANK, NA
ROUTING # 021 300 077
DEPOSITORY ACCOUNT # 325900033615
S.W.I.F.T. BIC: KEYBUS33

---

**Remittance Stub**

Remit to: Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY  12260

Matter ID: 105458-001

**Credit Card Type:**

Please Circle:   MC  -  VISA  -  DISCOVER  -  AMEX
Account Number:_____-_____-_____-_____
Expiration Date:____/____/____CCV Number (Back of Card) _____
Name As Appears on Card: _____
**Total Amount Paid:  $_____**



**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

May 25, 2012
Invoice 366924
Page: 2

Yung Brothers Real Estate Co., Inc.
Ari Noe
1926 52nd Street
Brooklyn, New York 11204

Our Matter # 105458-001
Limandri and NYC (Motion for Leave to Appeal to the Court of Appeals)

For professional services rendered through April 30, 2012

| | | | |
|---|---|---|---|
| 4/10/2012 | Examined City's reply papers and E-mail to A. Noe regarding same; | | |
| | C. Buckey | 1.50 | 442.50 |
| 4/11/2012 | E-mail correspondence with A. Noe regarding strategy; | | |
| | C. Buckey | 0.40 | 118.00 |
| 4/18/2012 | Prepared for and participated in meeting with A. Noe regarding additional litigation for stay of ECB proceedings; | | |
| | C. Buckey | 1.50 | 442.50 |
| 4/19/2012 | Summary of questions presented; E-mail to A. Noe; | | |
| | C. Buckey | 1.00 | 295.00 |
| | Sub-total Fees: | | 1,298.00 |

Summary of Fees

| | Hours | Rate/Hr | |
|---|---|---|---|
| Christopher E. Buckey | 4.40 | 295.00 | |
| Total hours: | 4.40 | 295.00 | |

**Total Fees Due for this Matter** $ 1,298.00

Reimbursable Costs

Express Mail 11.35

| | | |
|---|---|---|
| Total Reimbursable Costs | $ | 11.35 |
| Total Fees and Costs Due | $ | 1,309.35 |
| Total Charges Past Due | $ | 12,719.53 |
| Total Charges Due | $ | 14,028.88 |

# WHITEMAN OSTERMAN & HANNA LLP

*Attorneys at Law*
*www.woh.com*

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice No: 370617
Invoice Date: 09/20/2012
Client # 105458

**Payment is due upon receipt**

Yung Brothers Real Estate Co., Inc.
Ari Noe
1926 52nd Street
Brooklyn, New York 11204

## INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
105458-001      Limandri and NYC (Motion for Leave to Appeal to the Court of Appeals)

| | | |
|---|---|---|
| Fees for Legal Services | $ | 118.00 |
| Expenses and Other Charges | $ | 2.60 |
| **TOTAL CHARGES THIS INVOICE** | $ | 120.60 |
| **TOTAL CHARGES PAST DUE** | $ | 14,028.88 |
| **TOTAL CHARGES DUE** | $ | 14,149.48 |

**TOTAL CHARES DUE UPON RECEIPT**

> WIRE TRANSFER FUNDS TO:
> KEYBANK, NA
> ROUTING # 021 300 077
> DEPOSITORY ACCOUNT # 325900033615
> S.W.I.F.T. BIC: KEYBUS33

---

**Remittance Stub**

PLEASE MAIL PAYMENT TO:

Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY  12260

Matter ID:  105458-001

**Credit Card Type:**

Please Circle:   MC  -  VISA  -  DISCOVER  -  AMEX

Account Number:_____-_____-_____-_____

Expiration Date:____/____/____   CCV Number (Back of Card) _____

Name As Appears on Card: _____

**Total Amount Paid: $_____**

WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice #: 370617
Invoice Date: 09/20/2012
Matter ID: 105458-001
Page: 2

Yung Brothers Real Estate Co., Inc.
Ari Noe
1926 52nd Street
Brooklyn, New York 11204

**For professional services rendered through August 31, 2012**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 08/03/2012 | Examined decisions from administrative proceedings; | | | |
| | C. Buckey | | 0.40 | 118.00 |
| | | Sub-Total Fees: | | 118.00 |

### Summary of Fees

| | Hours | Rate/Hr | | |
|---|---|---|---|---|
| Christopher E. Buckey | 0.40 | 295.00 | | |
| Total hours: | 0.40 | 295.00 | | |

**Total Fees Due for this Matter:** $ 118.00

### Reimbursable Costs

| | | |
|---|---|---|
| Photocopy Charges | | 2.60 |
| **Total Reimbursable Costs** | $ | 2.60 |

| | | |
|---|---|---|
| Total Fees and Costs Due: | $ | 120.60 |
| Total Charges Past Due: | $ | 14,028.88 |
| Total Charges Due: | $ | 14,149.48 |