Gary M. Kushner
Ronald D. Coleman
Scott D. Simon
Goetz Fitzpatrick LLP
One Penn Plaza, 44th Floor
New York, New York 10119
Tel: (212) 695-8100
gkushner@goetzfitz.com
ssimon@goetzfitz.com
Attorneys for Debtor

Return Date: May 9, 2013
@ 9:30 a.m.
Objections Due: May 2, 2013
@ 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    Chapter 11

OTR MEDIA GROUP INC.,                                     Case No. 1-11-47385 (ESS)

                Debtor.
-----------------------------------------------------------X

## NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF ROTH & COMPANY LLP AS DEBTOR'S SPECIAL COUNSEL

**PLEASE TAKE NOTICE** that a hearing to consider the first interim application for compensation and reimbursement of expenses (the "Application") of Roth & Company LLP for the time period and in the amount set forth below will be held on **May 9, 2013 at 9:30 a.m.** before the Honorable Elizabeth S. Stong, at the Conrad B. Duberstein United States Bankruptcy Courthouse, Eastern District of New York, Courtroom 3585, 271 Cadman Plaza East, Brooklyn, New York 11201, or as soon thereafter as counsel can be heard seeking an award for the period between May 25, 2012 through January 31, 2013 (the "First Interim Period") as follows:

| **FEES REQUESTED** | **DISBURSEMENTS** | **TOTAL REQUESTED** |
|---|---|---|
| **$24,129.75** | **$0** | **$24,129.75** |

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file in the Office of the Clerk of the Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 and may be examined during scheduled business hours or by accessing the Application through the electronic filing system utilized by the Bankruptcy Court. A copy of the Application may also be obtained by request from the undersigned counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case

filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Form (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-182, upon counsel to OTR Media Group, Inc., Goetz Fitzpatrick LLP, Attention: Gary M. Kushner, Esq. and in order that they be received in hand by no later than 4:00 p.m. on May 2, 2013.

**PLEASE TAKE FURTHER NOTICE**, that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: New York, New York
April 19, 2013

                Goetz Fitzpatrick LLP
                Attorneys for Debtor

By:  /s/Gary M. Kushner
    Gary M. Kushner
    A Partner of the Firm
    Scott D. Simon
    One Pennsylvania Plaza
    44th Floor
    New York, New York 10119
    (212) 695-8100

t:\scottdsimon\otr media group inc\rentention of accountants\roth\fee application\notice of hearing on pease fee application.doc

2