

# Roth&Company LLP
### Certified Public Accountants & Consultants

Global Reach.  Local Presence.  Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

Mr. Michael Eisenberg
OTR Media
40 Fulton Street, Room #6
New York, NY 10038-5091

| | |
|---|---|
| Invoice Date: | June 5, 2012 |
| Invoice Number: | 187937 |
| Client Number: | 173 |

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **General Services** | | | | |
| Roth, Abraham | 05/29/2012 | Discussion re: IRS payroll issues | 0.25 | 106.25 |
| Roth, Abraham | 05/31/2012 | re: IRS payroll collection enforcement | 0.25 | 106.25 |
| | | Total for Roth, Abraham | 0.50 | $212.50 |
| | | Total for General Services | 0.50 | $212.50 |
| **Special Project** | | | | |
| Deutsch, Chaim | 05/28/2012 | NYS "S" Election Issue Correspondence | 0.25 | 45.00 |
| Deutsch, Chaim | 05/29/2012 | With Abe Roth - Analysis 941 Issues | 1.75 | 315.00 |
| | | Total for Deutsch, Chaim | 2.00 | $360.00 |
| Deutsch, Saul | 05/28/2012 | NYS Tax "S" Election Issue, with Chaim and Follow up | 1.50 | 480.00 |
| Deutsch, Saul | 05/30/2012 | Re: NYS Subchapter "S", Research Re: Implications and Possible Remedies | 3.00 | 960.00 |
| Deutsch, Saul | 05/31/2012 | With Abe Roth and Micheal Re: 941 Issues | 1.50 | 480.00 |
| | | Total for Deutsch, Saul | 6.00 | $1920.00 |
| | | Total for Special Project | 8.00 | $2,280.00 |
| | | **Total Invoice Amount** | | **$2,492.50** |

**PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT**

FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT
(718) 975-5325 OR EMAIL PREICHMAN@ROTHCOCPA.COM



## Roth&Company LLP
Certified Public Accountants & Consultants

Global Reach.  Local Presence.   Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

Mr. Michael Eisenberg
OTR Media
40 Fulton Street, Room #6
New York, NY 10038-5091

Invoice Date:   June 30, 2012
Invoice Number:   188741
Client Number:   173

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---:|---:|
| **Expenses** | | | | |
| Sperber, Chavi | 06/14/2012 | Postage | 0.00 | 6.00 |
| | | Total for Sperber, Chavi | 0.00 | $6.00 |
| | | Total for Expenses | 0.00 | $6.00 |
| **General Services** | | | | |
| Deutsch, Saul | 06/20/2012 | Meeting with Abe Roth Re: Payroll Issues | 0.25 | 80.00 |
| | | Total for Deutsch, Saul | 0.25 | $80.00 |
| Roth, Abraham | 06/26/2012 | Discussion with Saul Re: Bankruptcy | 0.25 | 106.25 |
| | | Total for Roth, Abraham | 0.25 | $106.25 |
| | | Total for General Services | 0.50 | $186.25 |
| **Special Project** | | | | |
| Deutsch, Chaim | 06/18/2012 | Review Monthly Bank Reconciliation | 0.75 | 135.00 |
| | | Total for Deutsch, Chaim | 0.75 | $135.00 |
| | | Total for Special Project | 0.75 | $135.00 |
| **Special Project** | | | | |
| Deutsch, Saul | 06/06/2012 | Telephone Conversation with Michael - Various & 2012 P & L Projection Figures | 1.50 | 480.00 |
| Deutsch, Saul | 06/07/2012 | Tax Research Re: Life Insurance Deductibility | 1.75 | 560.00 |
| Deutsch, Saul | 06/08/2012 | Follow up with Michael and Compilation of 2nd Quarter Estimates Tax Due | 4.25 | 1,360.00 |
| Deutsch, Saul | 06/18/2012 | Review of NYS Revised Payroll Liabilities Compilation Version #2 | 1.00 | 320.00 |
| Deutsch, Saul | 06/21/2012 | Re: NYS Tax Liabilities with Michael | 0.50 | 160.00 |
| Deutsch, Saul | 06/22/2012 | NYS Issues Review of Documents | 0.50 | 160.00 |
| Deutsch, Saul | 06/25/2012 | Bankruptcy Court Issues and Letter to Court Re: Waiver of Fees | 3.00 | 960.00 |
| | | Total for Deutsch, Saul | 12.50 | $4,000.00 |
| | | Total for Special Project | 12.50 | $4,000.00 |
| | | **Total Invoice Amount** | | **$4,327.25** |



# Roth&Company LLP
### Certified Public Accountants & Consultants

Global Reach. Local Presence. Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

| | |
|---|---|
| Mr. Michael Eisenberg | Invoice Date: July 31, 2012 |
| OTR Media | Invoice Number: 188962 |
| 40 Fulton Street, Room #6 | Client Number: 173 |
| New York, NY 10038-5091 | |

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **Special Project** | | | | |
| Deutsch, Saul | 07/13/2012 | Follow up Re: NYS Payroll Issues and Discussion with Michael | 2.00 | 640.00 |
| Deutsch, Saul | 07/22/2012 | Research TAx Reporting Re: Contributions of Free Rental and Discussion with Tax Departments and Michael | 3.25 | 1,040.00 |
| Deutsch, Saul | 07/26/2012 | Nys Payroll 4th Quarter 2007 $18,000 Levy and Application of Payment | 2.50 | 800.00 |
| Deutsch, Saul | 07/24/2012 | Discussion and Consulting Re: Letter of Credit | 1.75 | 560.00 |
| | | Total for Deutsch, Saul | 9.50 | $3,040.00 |
| Sperber, Chavi | 07/17/2012 | 2012 Bookkeeping and Bank Reconciliation | 2.25 | 265.00 |
| | | Total for Sperber, Chavi | 2.25 | $265.00 |
| | | Total for Special Project | 11.75 | $3,305.00 |
| | | **Total Invoice Amount** | | **$3,305.00** |

**PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT**

FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT
(718) 975-5325 OR EMAIL PREICHMAN@ROTHCOCPA.COM



## Roth&Company LLP
### Certified Public Accountants & Consultants

Global Reach.   Local Presence.   Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

Mr. Michael Eisenberg  
OTR Media  
40 Fulton Street, Room #6  
New York, NY  10038-5091

Invoice Date:      August 13, 2012  
Invoice Number:    189479  
Client Number:     173

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **Special Project** | | | | |
| Deutsch, Saul | 08/06/2012 | Conversation with Micheal | 0.25 | 80.00 |
| Deutsch, Saul | 08/07/2012 | Conversation with Ari Re: NYS Issues | 0.50 | 160.00 |
| Deutsch, Saul | 08/08/2012 | Re: NYS Payroll Issues 2007 | 1.00 | 320.00 |
| Deutsch, Saul | 08/09/2012 | Discussion with NYS, Reviewing Schedule Provided | 0.50 | 160.00 |
| Deutsch, Saul | 08/13/2012 | Consulting Re: NYS Tax Liabilities | 0.75 | 240.00 |
| | | Total for Deutsch, Saul | 3.00 | $960.00 |
| | | Total for Special Project | 3.00 | $960.00 |
| | | **Total Invoice Amount** | | **$960.00** |

**PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT**

FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT
(718) 975-5325 OR EMAIL PREICHMAN@ROTHCOCPA.COM



# Roth&Company LLP
Certified Public Accountants & Consultants

Global Reach. Local Presence. Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

Mr. Michael Eisenberg  
OTR Media  
40 Fulton Street, Room #6  
New York, NY 10038-5091

Invoice Date: August 31, 2012  
Invoice Number: 189559  
Client Number: 173

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **Special Project** | | | | |
| Deutsch, Saul | 08/14/2012 | Re: Telephone conversation with client & follow up re: NYS issues | 0.50 | 160.00 |
| Deutsch, Saul | 08/16/2012 | Consulting new documents from NYS | 1.00 | 320.00 |
| Deutsch, Saul | 08/20/2012 | Re; telephone conversation with Mr. Noe | 0.25 | 80.00 |
| Deutsch, Saul | 08/21/2012 | with client re: NYS issues | 0.25 | 80.00 |
| Deutsch, Saul | 08/23/2012 | Discussion with NYS regarding payroll issues | 0.50 | 160.00 |
| Deutsch, Saul | 08/24/2012 | discussion & analysis re: NYS payroll tax liabilities | 0.75 | 240.00 |
| Deutsch, Saul | 08/27/2012 | Re: With NYS Taxation regarding outstanding liabilities | 0.25 | 80.00 |
| Deutsch, Saul | 08/28/2012 | re; NYS liabilities, reviewing revised computation received & discuss with client | 0.75 | 240.00 |
| Deutsch, Saul | 08/28/2012 | Consultation re: bankruptcy cash flow projection | 0.25 | 80.00 |
| Deutsch, Saul | 08/29/2012 | finalizing the NYS tax liabilities issues | 0.25 | 80.00 |
| Deutsch, Saul | 08/30/2012 | Analysis and Consulting Re: Payroll Tax Allocation and Reconciliation | 2.75 | 860.00 |
| Deutsch, Saul | 08/31/2012 | Discussion with client re: status of 2011 file & tax return | 1.00 | 320.00 |
| | | Total for Deutsch, Saul | 8.50 | $2,720.00 |
| | | Total for Special Project | 8.50 | $2,720.00 |
| | | **Total Invoice Amount** | | **$2,720.00** |



**Roth&Company LLP**
Certified Public Accountants & Consultants

Global Reach. Local Presence. Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

Mr. Michael Eisenberg
OTR Media
40 Fulton Street, Room #6
New York, NY 10038-5091

Invoice Date: September 30, 2012
Invoice Number: 1894997
Client Number: 173

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **Special Project** | | | | |
| Deutsch, Saul | 09/04/2012 | Re: Discussion with Mr. Roth regarding the tax issues | 0.25 | 80.00 |
| Deutsch, Saul | 09/06/2012 | Re: review cash flow projection for court | 0.50 | 160.00 |
| Deutsch, Saul | 09/06/2012 | Re: Tax liabilities & discussion with Michael re: options | 0.50 | 160.00 |
| Deutsch, Saul | 09/07/2012 | Review of Documents and Discussion with Michael Re: Projection for Court | 2.50 | 800.00 |
| Deutsch, Saul | 09/10/2012 | Reviewed Federal, NYS, NYC 2011 TAx REturns due 9/12/12 and Discussions with Michael Re: Reconciliation to Books | 4.50 | 1,440.00 |
| Deutsch, Saul | 09/20/2012 | Re: monthly operating budget, with Michael | 0.25 | 80.00 |
| Deutsch, Saul | 09/24/2012 | With Michael re: Operating Budget Review ad Finalize | 0.75 | 240.00 |
| Deutsch, Saul | 09/25/2012 | Review of New NYS Correspondences Re: Tax Liabilities | 2.50 | 800.00 |
| | | Total for Deutsch, Saul | 11.75 | $3,760.00 |
| | | Total for Special Project | 11.75 | $3,760.00 |
| | | **Total Invoice Amount** | | **$3,760.00** |

**\*\*PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT\*\***

FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT
(718) 975-5325 OR EMAIL PREICHMAN@ROTHCOCPA.COM



**Roth&Company LLP**
Certified Public Accountants & Consultants

Global Reach.   Local Presence.   Real Results.

1428 36th Street – Suite 200 • Brooklyn, NY 11218
P: 718.236.1600 • F: 718.236.4849 • info@rothcocpa.com

| | |
|---|---|
| Mr. Michael Eisenberg | Invoice Date: October 31, 2012 |
| OTR Media | Invoice Number: 1895647 |
| 40 Fulton Street, Room #6 | Client Number: 173 |
| New York, NY 10038-5091 | |

*****WE ACCEPT ALL MAJOR CREDIT CARDS*****

*For professional services rendered*

| Employee | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **Special Project** | | | | |
| Deutsch, Saul | 10/12/2012 | with Michael | 0.25 | 80.00 |
| Deutsch, Saul | 10/15/2012 | Review of NYS notices | 0.75 | 240.00 |
| Deutsch, Saul | 10/22/2012 | with Michael discussing the NYS correspondences received | 1.50 | 480.00 |
| Deutsch, Saul | 10/26/2012 | Discussion with Michael re: outstanding NYC tax liabilities | 0.75 | 240.00 |
| Deutsch, Saul | 10/29/2012 | Prepare invoices for submission to court | 1.00 | 320.00 |
| Deutsch, Saul | 10/30/2012 | Conversation with Michael re: Payroll & trust fund liabilities | 0.25 | 80.00 |
| Deutsch, Saul | 10/31/2012 | re: Trust fund liability issues with Michael | 0.25 | 80.00 |
| | | Total for Deutsch, Saul | 4.75 | $1,520.00 |
| | | Total for Special Project | 4.75 | $1,520.00 |
| | | Total Invoice Amount | | $1,520.00 |

**PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT**

FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT
(718) 975-5325 OR EMAIL PREICHMAN@ROTHCOCPA.COM



**Roth&Company LLP**
Certified Public Accountants & Consultants

P: 718 236 1600 | F: 718 236 4849 | E: info@rothcocpa.com
1428 36th Street Suite 200, Brooklyn, NY 11218

Michael Eisenberg
OTR Media
40 Fulton Street, Room #6
New York, NY 10038-5091

Invoice No.  191484
Date         11/30/2012
Client No.   0849

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **OTR Media** | | | | | |
| 11/12/2012 | Special Project | | | | |
| | Research Re: NYC Corp Tax Liabilities 2005-2009 | | | | |
| | | Saul Deutsch | 3.75 | $320.00 | 1,200.00 |
| 11/14/2012 | Special Project | | | | |
| | With Micheal Re: NYC Tax Issues | | | | |
| | | Saul Deutsch | 1.75 | $320.00 | 560.00 |
| 11/19/2012 | Special Project | | | | |
| | IRS Employment Tax Liability | | | | |
| | | Saul Deutsch | 0.75 | $320.00 | 240.00 |
| 11/20/2012 | Special Project | | | | |
| | IRS Employment Tax Liability | | | | |
| | | Saul Deutsch | 1.25 | $320.00 | 80.00 |
| 11/26/2012 | Special Project | | | | |
| | Court Submission Letter | | | | |
| | | Saul Deutsch | 0.50 | $320.00 | 160.00 |
| | | **Total Invoice Amount** | | | **2,560.00** |



## Roth & Company LLP
### Certified Public Accountants & Consultants

P: 718 236 1600 | F: 718 236 4849 | E: info@rothcocpa.com
1428 36th Street Suite 200, Brooklyn, NY 11218

Michael Eisenberg
OTR Media
40 Fulton Street, Room #6
New York, NY 10038-5091

Invoice No.  190714
Date         12/31/2012
Client No.   0849

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **OTR Media** | | | | | |
| 12/06/2012 | Special Project | | | | |
| | re: Monthly budget for Michael | | | | |
| | | Saul Deutsch | 0.25 | $320.00 | $ 80.00 |
| 12/21/2012 | Meetings & Discussions | | | | |
| | With Michael re: Follow up Re: NYC Corp Issues Resolution | | | | |
| | | Saul Deutsch | 0.50 | $320.00 | 160.00 |
| 12/23/2012 | Special Project | | | | |
| | Re: Follow up & research IRS Employment Issues | | | | |
| | | Saul Deutsch | 0.50 | $320.00 | 160.00 |
| 12/27/2012 | Special Project | | | | |
| | with Michael; QB's questions classification of P&L | | | | |
| | | Saul Deutsch | 0.50 | $320.00 | 160.00 |
| | | | **Total Invoice Amount** | | **560.00** |

PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT
FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT (718) 975-5325 OR EMAIL
PREICHMAN@ROTHCOCPA.COM



# Roth&Company LLP
Certified Public Accountants & Consultants

P: 718 236 1600 | F: 718 236 4849 | E: info@rothcocpa.com
1428 36th Street Suite 200, Brooklyn, NY 11218

Michael Eisenberg
OTR Media
40 Fulton Street, Room #6
New York, NY  10038-5091

Invoice No.   192185
Date          01/31/2013
Client No.    0849

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **OTR Media** | | | | | |
| 01/03/2013 | Meetings & Discussions with Ari Re: Bankruptcy issues & update | Saul Deutsch | 0.50 | $350.00 | $ 175.00 |
| 01/07/2013 | Special Project discussion with Michael re: bankruptcy update & accounting question | Saul Deutsch | 0.50 | $350.00 | 175.00 |
| 01/11/2013 | Special Project with Ari re: payroll tax question | Saul Deutsch | 0.25 | $350.00 | 87.50 |
| 01/23/2013 | Meetings & Discussions with Michael re: 2012 books & records | Saul Deutsch | 0.75 | $350.00 | 262.50 |
| 01/29/2013 | Special Project with Michael re: filing requirements for 2012, cash basis P&L conversation & NYC quarterly estimates | Saul Deutsch | 1.25 | $350.00 | 437.50 |
| | | | | **Subtotal for OTR Media** | 1,137.50 |

PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT
FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT (718) 975-5325 OR EMAIL
PREICHMAN@ROTHCOCPA.COM



*Michael Eisenberg*
*OTR Media*
*40 Fulton Street, Room #6*
*New York, NY 10038-5091*

*Invoice No.* 192662
*Date* 02/28/2013
*Client No.* 0849

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **OTR Media** | | | | | |
| 02/05/2013 | Special Project | | | | |
| | with Michael re: NYC quarterly estimates | | | | |
| | | Saul Deutsch | 0.25 | $350.00 | $ 87.50 |
| 02/26/2013 | Meetings & Discussions | | | | |
| | with Michael re: bankruptcy issues & operating report | | | | |
| | | Saul Deutsch | 0.50 | $350.00 | 175.00 |
| | | | | **Subtotal for OTR Media** | 262.50 |
| | | | | Total | 262.50 |
| | | | | Total Invoice Amount | 262.50 |

PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT
FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT (718) 975-5325 OR EMAIL
PREICHMAN@ROTHCOCPA.COM



*Michael Eisenberg*
*OTR Media*
*40 Fulton Street, Room #6*
*New York, NY 10038-5091*

Invoice No.  193091
Date        03/31/2013
Client No.   0849

---

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **OTR Media** | | | | | |
| 03/05/2013 | Special Project | | | | |
| | with Michael re: 2012 extension | | | | |
| | | Saul Deutsch | 0.25 | $350.00 | $  87.50 |
| 03/18/2013 | Meetings & Discussions | | | | |
| | with Michael re: follow up re: extension | | | | |
| | | Saul Deutsch | 0.25 | $350.00 | 87.50 |
| 03/25/2013 | Meetings & Discussions | | | | |
| | Re: With Michael projections for 2012 | | | | |
| | | Saul Deutsch | 0.75 | $350.00 | 262.50 |
| 03/29/2013 | Special Project | | | | |
| | re: P&L question , with Michael | | | | |
| | | Saul Deutsch | 0.25 | $350.00 | 87.50 |
| | | | **Subtotal for OTR Media** | | **525.00** |
| | | | | Total | 525.00 |
| | | | | Total Invoice Amount | 525.00 |

PAYMENT FOR THIS INVOICE IS DUE UPON RECEIPT
FOR BILLING INQUIRIES, PLEASE CALL PESI REICHMAN AT (718) 975-5325 OR EMAIL
PREICHMAN@ROTHCOCPA.COM