Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Center, 22nd Floor
New York, NY  10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649
SCarroll@perkinscoie.com

Attorneys for David Schellhardt and Robert Baker

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ---------------------------------------- X | |
| IN RE: : | |
| OAK ROCK FINANCIAL, LLC, : | Chapter 11 |
|  | Case No. 8-13-72251 (DTE) |
| Debtor : | |
| : | |
| : | |
| ---------------------------------------- X | |

### DAVID SCHELLHARDT AND ROBERT BAKER JOINDER IN FURTHER SUPPORT OF PRIME PLUS ACQUISITION CORP. MOTION FOR THE <u>APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c)</u>

David Schellhardt ("Schellhardt") and Robert Baker ("Baker"), by and through their attorneys, Perkins Coie LLP, hereby join in support of the Motion for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) (the "Motion," ECF No. 370), filed by Prime Plus Acquisition Corp. ("Prime Plus") on September 3, 2013.

For the reasons articulated in the Motion, Schellhardt and Baker support the appointment of an examiner to investigate alleged fraudulent activity by the Debtor.  Schellhardt and Baker both purchased loan participation interests from the Debtor in March 2013, on the eve of the commencement of this case.  Indeed, it appears that at that time, discovery of the Debtor's alleged fraudulent activity was only days or weeks away - if it had not already been discovered.

Moreover, Israel Discount Bank of New York ("IDB") recently asserted that the Debtor may have been operated as a Ponzi-scheme.

Early on in this case, the Debtor and IDB indicated they were investigating the alleged fraudulent activity. Yet Schellhardt and Baker have received no information whatsoever as to this investigation. Indeed, Schellhardt and Baker do not even know whether any investigation has been conducted or even begun.

Accordingly, Schellhardt and Baker both have an acute interest in determining the nature and extent of Debtor's alleged pre-petition fraud, and agree with Prime Plus that appointment of an examiner would avoid the incurrence of wasteful and duplicative discovery expenses by numerous parties to this case.

Dated: New York, New York
       September 17, 2013

PERKINS COIE LLP

By:*/s/ Schuyler G. Carroll*
    Schuyler G. Carroll
30 Rockefeller Center, 22nd Floor
New York, NY  10112-0085
Tel: 212.262.6900
Fax: 212.977.1649

Attorneys for
David Schellhardt and Robert Baker