# Notice Recipients

District/Off: 0207−1    User: mrodrique    Date Created: 6/6/2013
Case: 1−11−47385−ess    Form ID: 295    Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
sp          Novack, Burnbaum, Crystal LLP
op          Novack, Burnbaum, Crystal LLP
                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty         Brian T Horan          bhoran@law.nyc.gov
aty         Gary M Kushner         gkushner@goetzfitz.com
aty         Ronald D Coleman       rcoleman@goetzfitz.com
aty         Scott D Simon          ssimon@goetzfitz.com
aty         Wayne H Davis          davis@thsh.com
                                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          OTR Media Group, Inc.       40 Wall Street       32nd Floor      New York, NY 10038
op          Ariel S Holzer       The Law Office of Ariel S. Holzer, PLLC
            Brian T. Horan, Esq.       c/o New York City Law Department       100 Church Street       New York, NY 10007
                                                                                    TOTAL: 3