# UNITED STATES BANKRUPTCY COURT
# THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>OTR MEDIA GROUP, INC.,<br><br>            Debtor. | Chapter 11<br>Case No. 11-bk-47385 (ESS) |

## ORDER GRANTING CARE REALTY CORP RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of Care Realty Corp. for the entry of an order granting it relief from the automatic stay pursuant to Bankruptcy Code § 362(d); and notice of the Motion having been provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as provided for herein.

2. Pursuant to Bankruptcy Code § 362(d), Care Realty Corp. is granted relief from the automatic stay to the following extent: (a) for the Motion to be deemed the Construction Notice under the Lease, as it is defined and described in the Motion; (b) at the later of 60 days from the service of the Motion or the entry of this Order, permitting Care Realty Corp. to terminate the Lease and directing the Debtor to (i) relinquish all right, title and interest in the Lease and (ii) remove all of its property from the Leased Premises, as defined in the Motion,.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

1

4. This Court shall retain jurisdiction to resolve all matters relating to implementation of this Order.