Steven R. Gursky
Fredrick J. Levy
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
212.451.2300
sgursky@olshanlaw.com
flevy@olshanlaw.com

*Attorneys for Care Realty Corp.*

Hearing Date: July 18, 2013 at 9:00 a.m.
Objections Due: July 11, 2013 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>OTR MEDIA GROUP, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 1-11-47385 (ESS) |

**NOTICE OF CARE REALTY CORP.'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE,** that by the Motion dated June 20, 2013, Care Realty Corp. ("Care Realty"), by and through its undersigned attorneys, hereby moves for an order granting relief from the automatic stay pursuant to Section 362(d)(1) of the Bankruptcy Code to permit it to terminate the Lease for signage at 445/7 West 35th Street, New York, New York. A hearing (the "Hearing") regarding the Motion will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), 271 Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201, on **July 18, 2013, at 9:00 a.m.** (ET), or as soon thereafter as counsel can be heard; and

2160963-1

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules and Administrative Orders of the Bankruptcy Court, shall set forth the name of the respondent/objector, the basis for the response/objection, and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system and, by all other parties in the interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to chambers) and served upon (i) Steven R. Gursky, Esq. and Fredrick J. Levy, Esq., Olshan Frome Wolosky LLP, 65 East 55th Street, New York, New York 10022, and (ii) the Office of the United States Trustee for the Eastern District of New York, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201, so as to be actually received no later than **July 11, 2013, at 4:00 A.M. (ET)**. Only those objections or responses which have been timely filed and served may be considered by the Bankruptcy Court at the Hearing; and

**PLEASE TAKE FURTHER NOTICE,** that any party that is either without legal representation or that is unable to file documents electronically or create documents in PDF format, shall file its objection or response on or before the Objection Deadline in either Word, Wordperfect or DOS text (ASCII) format on a 3-1/2" floppy diskette by depositing with the Clerk of the Court an envelope clearly marked with the case name, case number, type and title of document, docket number of the document to which the objection or response refers and the file name of the document; and

**PLEASE TAKE FURTHER NOTICE,** that the Hearing may be adjourned thereafter from time to time without further notice to claimants and other parties in interest other than the announcement of the adjourned date at the Hearing or any other hearing thereafter.

2160963-1

Dated: New York, New York
June 20, 2013

                              **OLSHAN FROME WOLOSKY LLP**

                              By: /s/ Fredrick J. Levy
                              Steven R. Gursky
                              Fredrick J. Levy
                              Park Avenue Tower
                              65 East 55th Street
                              New York, New York 10022
                              212.451.2300

                              *Attorneys for Care Realty Corp.*