# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: <br>    OTR Media Group, Inc. <br> SSN/TAX ID: <br>    06−1702611 <br>           DEBTOR(s) | CASE NO: 1−11−47385−ess <br><br> CHAPTER: 11 |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on March 12, 2013 was filed on June 24, 2013 .

The following deadlines apply:

The parties have until July 1, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is July 15, 2013.

If a Transcript Redaction Request is filed, the redacted transcript is due July 25, 2013.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is September 23, 2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Compu−Scribe, Inc., (800)300−1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: July 1, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]