# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jlecky | Date Created: 7/1/2013 |
| Case: 1−11−47385−ess | Form ID: 295 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian T Horan | bhoran@law.nyc.gov |
| aty | Gary M Kushner | gkushner@goetzfitz.com |
| aty | Ronald D Coleman | rcoleman@goetzfitz.com |
| aty | Scott D Simon | ssimon@goetzfitz.com |
| aty | Wayne H Davis | davis@thsh.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | OTR Media Group, Inc. | 40 Wall Street | 32nd Floor | New York, NY 10038 |

TOTAL: 1