INVOICE

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

June 13, 2013

Invoice #   17485

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Post Bankruptcy Work (Time Not Billed for January 1, 2013 to April 30, 2013)

Our File:   05276-01A

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/30/2013 | HCC | Meeting with Messrs. Noe and Holzer; Research regarding legal issues pertinent to the preparations of an Art. 78 petition for 174 Canal with regard to stop work order and application for stay of DOB violations; Drafting petition; Exchange of communications with Mr. Holzer regarding research issues; Telephone conference with Ms. Arnold regarding same and strategy; Begin drafting memorandum of law. | 1.61 | 805.00 |
| 1/31/2013 | HCC | Exchange of communications with Mr. Holzer; Edits to 174 Canal petition and memorandum of law. | 0.69 | 345.00 |
| 2/1/2013 | HCC | Edits to 174 Canal petition; Preparing order to show cause, affidavit of emergency, memo of law; Exchange of communications with clients and bankruptcy counsel; Coordinate assembly of papers; Meeting with Ariel Holzer; Exchange of communications with Ms. Arnold re imminent revocation of permit. | 0.56 | 281.94 |
| 2/4/2013 | HCC | Telephone conference with Ms. Arnold; Negotiations with Ms. Hoggan regarding settlement. | 0.34 | 169.03 |
| 2/5/2013 | HCC | Telephone conference with Ms. Hoggan, NYC Law Department, re settlement issues; Telephone conference with Mr. Noe; Telephone conference with Supreme Court NY, ex parte office; Telephone conference with chambers of Judge Moulton regarding settlement discussions and procedure; Telephone conference with Mr. Holzer re same; Email to chambers to report as instructed by chambers; Several | 1.50 | 750.00 |

Post Bankruptcy Work (Time Not Billed for January 1, 2013 to April 30, 2013)   Our File:   05276-01A

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | email correspondence with client, Mr. Shaffer, Ms. Arnold, and Mr. Holzer. | | |
| 2/6/2013 | HCC | Telephone conference with Ms. Hoggan; Email to client and Ms. Arnold re status; Email exchanges re same; Review consent order and earlier order. Conference call with all attorneys and client. | 0.33 | 165.00 |
| 2/7/2013 | HCC | Telephone conference with Mr. Noe; Telephone conference with Mr. Kleinman, Ms. Hoggan and Ms. Arnold; Telephone conference with Ms. Hoggan and Judge's law clerk; Telephone conference with Mr. Holzer re judge's request; Several Telephone conferences with Ms. Arnold regarding the revelation that the sign was replaced and how to handle same; Telephone conference with Mr. Holzer re same; Additional email to court in response to a question from Ms. Field re same; Exchange of communications with client re voluntary discontinuance in view of replacement of sign; Research regarding voluntary discontinuance; Exchange of communications with court re same. | 0.73 | 363.06 |
| 2/11/2013 | HCC | Prepare notice of discontinuance of 174 Canal petition. | 0.01 | 5.00 |
| 4/1/2013 | HCC | Research regarding exhaustion of administrative remedies | 2.70 | 1,350.00 |
| 4/3/2013 | HCC | Meeting with Mr. Holzer to discuss plan for case; Telephone conference with client; Telephone conference with Mr. Simon re strategy; Begin research and planning for motion and argument that admin remedies do not have to be exhausted. | 3.00 | 1,500.00 |
| | HCC | Drafting papers for Covenant House motion. | 3.00 | 1,500.00 |
| 4/4/2013 | HCC | Telephone conference with Mr. Noe re Covenant House; Telephone conference with Ms. Arnold and client representatives to discuss the Covenant House sign and the idea of seeking an injunction/stay as to those signs that the City has revoked permits or where the signs should be grand-fathered according to Ms. Arnold. | 1.00 | 500.00 |
| 4/5/2013 | HCC | Telephone conference with Messes. Noe, Holzer, Eisenberg regarding five signs and possible arguments to be raised in State court in support of a motion for a stay; Further consideration of same. | 4.29 | 2,145.00 |
| | HCC | Exchange of communications with client regarding likelihood of success on Covenant House case; Telephone conference with Ms. Arnold and client. | 1.15 | 576.81 |
| | HCC | Review law re Covenant House matter. | 1.20 | 600.00 |
| 4/8/2013 | HCC | Exchange of communications with Mr. Noe re 161st street; Telephone conference with client re 59 4th judgments, rights against owner, | 2.50 | 1,250.00 |

Post Bankruptcy Work (Time Not Billed for January 1, 2013 to April 30, 2013)  Our File: 05276-01A

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/10/2013 | HCC | Conference(s) with Phyllis Arnold, Ari Noe, and Ariel Holzer; Reviewing decision and all exhibits; Reviewing applicable law. | 2.50 | 1,250.00 |
| | HCC | Conference(s) with Phyllis Arnold, Ari Noe, and Ariel Holzer; Reviewing decision and all exhibits; Reviewing applicable law. | 2.00 | 1,000.00 |
| 4/11/2013 | HCC | Reviewing applicable statutes; Research regarding common law grand fathering argument; Telephone conference with Mr. Noe; Additional Exchange of communications with Mr. Holzer and Ms. Arnold. | 1.00 | 500.00 |
| 4/15/2013 | HCC | Drafting; Exchange of communications with Ms. Arnold and Mr. Holzer. | 3.00 | 1,500.00 |
| | HCC | Exchange of communications with client; Exchange of communications with Mr. Holzer; Drafting petition. | 1.00 | 500.00 |
| | HCC | Drafting; Exchange of communications with Ms. Arnold and Mr. Holzer. | 1.00 | 500.00 |
| 4/23/2013 | HCC | Review email from Ms. Arnold; Exchange of communications with CH; Exchange of communications with client; Research regarding 42-58; Draft memo re same. | 4.23 | 2,115.42 |
| 4/24/2013 | HCC | Drafting; Research regarding 42-58; Conference with Ms. Arnold. | 2.18 | 1,088.33 |
| 4/26/2013 | HCC | Drafting. | 3.00 | 1,500.00 |
| | | For professional services rendered | 44.52 | $22,259.59 |
| | | Balance due | | $22,259.59 |