INVOICE

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

June 12, 2013

Invoice #  17484

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Covenant House Matter

Our File: 05276-01

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 5/1/2013 HCC | Drafting memo of law. | 1.97 | 985.83 |
| 5/2/2013 HCC | Telephone conference with Covenant House ("CH"); Telephone conference with Mr. Noe; Draft CH affidavit;Review Arnold letter and drafting. | 2.50 | 1,250.00 |
| 5/6/2013 HCC | Review Arnold letter and drafting. | 1.53 | 763.89 |
| 5/7/2013 HCC | Drafting; Additional review OTR's appeal and incorporation; Research regarding vagueness argument. | 3.02 | 1,510.83 |
| 5/9/2013 HCC | Drafting memorandum of law; Drafting and research regarding constitutional issues; Drafting memo of law; Telephone conference with Mr. Noe. | 6.10 | 3,050.00 |
| 5/10/2013 HCC | Telephone conference with Mr. Kushner; Edit petition. | 3.43 | 1,716.94 |
| 5/13/2013 HCC | Exchange of communications with client and Ms. Arnold over weekend; Incorporating changes; Communications with client; Communications with Ms. Arnold; Communications with Mr. Holzer. | 2.74 | 1,370.56 |
| 5/20/2013 HCC | Exchange of communications with client. | 0.19 | 94.72 |
| 5/21/2013 HCC | Review Nancy Dauning (CH) affidavit. | 0.30 | 150.00 |
| 5/23/2013 HCC | Numerous corrections and changes to papers to conform with CH affidavit. | 5.43 | 2,713.61 |

Covenant House Matter  Our File: 05276-01

|  | Hours | Amount |
|---|---|---|
| 5/30/2013 HCC Exchange of communications with client; Checking papers. | 0.50 | 250.00 |
| For professional services rendered | 27.71 | $13,856.38 |

Additional charges:

| 5/9/2013 Westlaw research | | 173.05 |
|---|---|---|
| Total costs | | $173.05 |
| Total amount of this bill | | $14,029.43 |