INVOICE

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

July 03, 2013

Invoice #     17487

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Covenant House Matter

Our File:     05276-01

Professional services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/3/2013 | HCC | Telephone conference with client; Telephone conference with Ms. Hogan; Telephone conference with client re action based on unequal treatment; Telephone conference with ex parte office; Research regarding consent decree and argument previously made by City re same; Preparation of stipulation; Exchange of communications with NYC counsel re same. | 3.83 | 1,914.86 |
| 6/4/2013 | HCC | Review court proceedings | 2.90 | 1,447.92 |
| 6/10/2013 | HCC | Exchange of communications with client and other counsel regarding this and other matters in BSA process. | 0.30 | 150.00 |
|  | HCC | Exchange of communications with clients regarding this matter and strategy. | 0.81 | 405.00 |
| 6/18/2013 | HCC | Preparation for reply papers; Reviewing responsive papers. | 1.56 | 780.00 |
| 6/19/2013 | HCC | Exchange of communications with client, Ms. Arnold, Mr. Holzer, adverse counsel; Review and Research regarding exhibits. | 3.74 | 1,871.67 |
| 6/20/2013 | HCC | Additional drafting; Exchange of communications with other counsel and review of papers; Drafting; Exchange of communications with Mr. Noe; Consideration of hearing transcript. | 9.60 | 4,800.00 |
| 6/21/2013 | HCC | Drafting. | 3.33 | 1,666.67 |
| 6/25/2013 | HCC | Incorporating materials provided by client and Ms. Arnold; Exchange of communications with all; Meeting with Mr. Holzer; Finalize documents; Exchange of communications with Mr. Kushner. | 6.08 | 3,037.92 |

Covenant House Matter                                Our File:    05276-01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/26/2013 | HCC | Changes and finalize per Mr. Kushner; Exchange of communications with client; Research re judge's practice. | 3.86 | 1,928.06 |
|  | HCC | Review NYLJ article re destruction of business as irrep harm; Exchange of communications with court. | 1.07 | 533.33 |
| 6/27/2013 | HCC | Letter to court. | 0.30 | 150.00 |
| 6/30/2013 | HCC | Preparation for argument. | 2.00 | 1,000.00 |

For professional services rendered                                39.38  $19,685.43
Additional charges:

| 3/28/2013 | FedEx | 16.26 |
| 3/31/2013 | American Clerical | 22.50 |
| 4/23/2013 | Westlaw research | 14.84 |
| 6/25/2013 | Westlaw research | 36.75 |

Total costs                                                              $90.35

Total amount of this bill                                              $19,775.78