INVOICE

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

August 01, 2013

Invoice #  17550

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

BSA/Omnibus EP

Our File:  05276-05

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/15/2013 HCC | Review emails from Ms. Arnold re BSA meeting. | 0.30 | 151.25 |
| 7/16/2013 HCC | Reviewing BSA papers re missing arguments for appeal; Research regarding standard of review of BSA determination.. | 3.70 | 1,850.56 |
| 7/18/2013 HCC | Reviewing submissions for Bruckner, Zerega, and Canal; Additional research regarding standard of review. | 2.69 | 1,345.28 |
| 7/24/2013 HCC | Review correspondence and respond; Research regarding record on appeal. | 2.29 | 1,145.00 |
| 7/25/2013 HCC | Exchange of communications with Mr. Noe re 340 Flatbush. | 0.30 | 150.00 |
| 7/29/2013 HCC | Prepare for telephone conference regarding omnibus action; Participate in conference; Reviewing earlier briefs on EP argument. | 2.27 | 1,134.44 |
| 7/30/2013 HCC | Exchange of communications with client. | 0.50 | 250.00 |
| 7/31/2013 HCC | Telephone conference with Mr. Kushner re 1983 action. | 0.40 | 200.00 |
| | For professional services rendered | 12.45 | $6,226.53 |
| | Balance due | | $6,226.53 |