Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: OTR Media Group, Inc. |
| Slip.Transaction Dat | 2/1/2013 - 7/31/2013 |
| Time.Selection | Include: ADB; GMK; JB; RDC; SS |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Client: OTR Media Group, Inc. | | | | |
| GMK | | | | |
| Fees: Slip Value | 96700.00 | 50.88% | 193.40 | 40.98% |
| Fees: Billable | 96700.00 | 50.88% | 193.40 | 40.98% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 96700.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 193.40 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 968.61 | 19.97% | | |
| Costs: Billable | 968.61 | 19.97% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 968.61 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 97668.61 | 50.11% | 193.40 | 40.98% |
| Total: Billable | 97668.61 | 50.11% | 193.40 | 40.98% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 97668.61 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 193.40 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| JB | | | | |
| Fees: Slip Value | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 0.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 0.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 2156.42 | 44.45% | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Billable | 2156.42 | 44.45% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 2156.42 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 2156.42 | 1.11% | 0.00 | 0.00% |
| Total: Billable | 2156.42 | 1.11% | 0.00 | 0.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 2156.42 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 0.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| RDC | | | | |
| Fees: Slip Value | 7507.50 | 3.95% | 14.30 | 3.03% |
| Fees: Billable | 7507.50 | 3.95% | 14.30 | 3.03% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 7507.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 14.30 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 49.07 | 1.01% | | |
| Costs: Billable | 49.07 | 1.01% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 49.07 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 7556.57 | 3.88% | 14.30 | 3.03% |
| Total: Billable | 7556.57 | 3.88% | 14.30 | 3.03% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 7556.57 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 14.30 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| SS | | | | |
| Fees: Slip Value | 85865.00 | 45.17% | 264.20 | 55.99% |
| Fees: Billable | 85865.00 | 45.17% | 264.20 | 55.99% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 85865.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 264.20 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 1677.01 | 34.57% | | |
| Costs: Billable | 1677.01 | 34.57% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 1677.01 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 87542.01 | 44.91% | 264.20 | 55.99% |
| Total: Billable | 87542.01 | 44.91% | 264.20 | 55.99% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 87542.01 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 264.20 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Total: OTR Media Group, Inc.** | | | | |
| Fees: Slip Value | 190072.50 | 100.00% | 471.90 | 100.00% |
| Fees: Billable | 190072.50 | 100.00% | 471.90 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 190072.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 471.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 4851.11 | 100.00% | | |
| Costs: Billable | 4851.11 | 100.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 4851.11 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 194923.61 | 100.00% | 471.90 | 100.00% |
| Total: Billable | 194923.61 | 100.00% | 471.90 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 194923.61 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: Estimated | | | 471.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Grand Total** | | | | |
| Fees: Slip Value | 190072.50 | 100.00% | 471.90 | 100.00% |
| Fees: Billable | 190072.50 | 100.00% | 471.90 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 190072.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 471.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 4851.11 | 100.00% | | |
| Costs: Billable | 4851.11 | 100.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 4851.11 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 194923.61 | 100.00% | 471.90 | 100.00% |
| Total: Billable | 194923.61 | 100.00% | 471.90 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 194923.61 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 471.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

Selection Criteria

Clie.Selection — Include: OTR Media Group, Inc.
Slip.Transaction Dat — 2/1/2013 - 7/31/2013
Acti.Selection — Include: Asset Disposition; Business Operation; Case Administration; Cash Collateral; Claims Objection; Court Hearings; DP; Fee Application; Fee Objections; File Maintenance; Litigation & Motion Practice; Plan & Disclosure; Professional Retention; Research

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Business Operation | | | | |
| Fees: Slip Value | 10712.50 | 5.64% | 25.80 | 5.47% |
| Fees: Billable | 10712.50 | 5.64% | 25.80 | 5.47% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 10712.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 25.80 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 10712.50 | 5.64% | 25.80 | 5.47% |
| Total: Billable | 10712.50 | 5.64% | 25.80 | 5.47% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 10712.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 25.80 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| Case Administration | | | | |
| Fees: Slip Value | 8287.50 | 4.36% | 21.00 | 4.45% |
| Fees: Billable | 8287.50 | 4.36% | 21.00 | 4.45% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 8287.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 21.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 8287.50 | 4.36% | 21.00 | 4.45% |
| Total: Billable | 8287.50 | 4.36% | 21.00 | 4.45% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 8287.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 21.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| Cash Collateral | | | | |
| Fees: Slip Value | 2777.50 | 1.46% | 7.20 | 1.53% |
| Fees: Billable | 2777.50 | 1.46% | 7.20 | 1.53% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 2777.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 7.20 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 2777.50 | 1.46% | 7.20 | 1.53% |
| Total: Billable | 2777.50 | 1.46% | 7.20 | 1.53% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 2777.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 7.20 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| Claims Objection | | | | |
| Fees: Slip Value | 3947.50 | 2.08% | 9.40 | 1.99% |
| Fees: Billable | 3947.50 | 2.08% | 9.40 | 1.99% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 3947.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 9.40 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 3947.50 | 2.08% | 9.40 | 1.99% |
| Total: Billable | 3947.50 | 2.08% | 9.40 | 1.99% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 3947.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 9.40 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Court Hearings** | | | | |
| Fees: Slip Value | 22535.00 | 11.86% | 52.00 | 11.02% |
| Fees: Billable | 22535.00 | 11.86% | 52.00 | 11.02% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 22535.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 52.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 22535.00 | 11.86% | 52.00 | 11.02% |
| Total: Billable | 22535.00 | 11.86% | 52.00 | 11.02% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 22535.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 52.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **DP** | | | | |
| Fees: Slip Value | 16727.50 | 8.80% | 47.70 | 10.11% |
| Fees: Billable | 16727.50 | 8.80% | 47.70 | 10.11% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 16727.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 47.70 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 16727.50 | 8.80% | 47.70 | 10.11% |
| Total: Billable | 16727.50 | 8.80% | 47.70 | 10.11% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 16727.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 47.70 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Fee Application** | | | | |
| Fees: Slip Value | 20735.00 | 10.91% | 51.20 | 10.85% |
| Fees: Billable | 20735.00 | 10.91% | 51.20 | 10.85% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 20735.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 51.20 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 20735.00 | 10.91% | 51.20 | 10.85% |
| Total: Billable | 20735.00 | 10.91% | 51.20 | 10.85% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 20735.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 51.20 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **File Maintenance** | | | | |
| Fees: Slip Value | 750.00 | 0.39% | 1.50 | 0.32% |
| Fees: Billable | 750.00 | 0.39% | 1.50 | 0.32% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Fees: Billed Slip Value | 750.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 1.50 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 750.00 | 0.39% | 1.50 | 0.32% |
| Total: Billable | 750.00 | 0.39% | 1.50 | 0.32% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 750.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 1.50 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Litigation & Motion Practice** | | | | |
| Fees: Slip Value | 67740.00 | 35.64% | 165.20 | 35.01% |
| Fees: Billable | 67740.00 | 35.64% | 165.20 | 35.01% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 67740.00 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 165.20 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 67740.00 | 35.64% | 165.20 | 35.01% |
| Total: Billable | 67740.00 | 35.64% | 165.20 | 35.01% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 67740.00 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 165.20 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Plan & Disclosure | | | | |
| Fees: Slip Value | 28492.50 | 14.99% | 69.90 | 14.81% |
| Fees: Billable | 28492.50 | 14.99% | 69.90 | 14.81% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 28492.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 69.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 28492.50 | 14.99% | 69.90 | 14.81% |
| Total: Billable | 28492.50 | 14.99% | 69.90 | 14.81% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 28492.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 69.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| Research | | | | |
| Fees: Slip Value | 7367.50 | 3.88% | 21.00 | 4.45% |
| Fees: Billable | 7367.50 | 3.88% | 21.00 | 4.45% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 7367.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 21.00 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 7367.50 | 3.88% | 21.00 | 4.45% |
| Total: Billable | 7367.50 | 3.88% | 21.00 | 4.45% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 7367.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Total: Estimated | | | 21.00 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |
| **Grand Total** | | | | |
| Fees: Slip Value | 190072.50 | 100.00% | 471.90 | 100.00% |
| Fees: Billable | 190072.50 | 100.00% | 471.90 | 100.00% |
| Fees: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Fees: Billed Slip Value | 190072.50 | | | |
| Fees: Profitability | 0.00 | 0.00% | | |
| Fees: % Gain | 0.00% | | | |
| Fees: Overhead | 0.00 | | | |
| Fees: % Overhead | 0.00% | | | |
| Fees: Estimated | | | 471.90 | |
| Fees: Variance | | | 0.00 | |
| Fees: % Variance | | | 0.00% | |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Costs: Billable | 0.00 | 0.00% | | |
| Costs: Unbillable | 0.00 | 0.00% | | |
| Costs: Billed Slip Value | 0.00 | | | |
| Costs: Profitability | 0.00 | 0.00% | | |
| Costs: % Gain | 0.00% | | | |
| Total: Slip Value | 190072.50 | 100.00% | 471.90 | 100.00% |
| Total: Billable | 190072.50 | 100.00% | 471.90 | 100.00% |
| Total: Unbillable | 0.00 | 0.00% | 0.00 | 0.00% |
| Total: Billed Slip Value | 190072.50 | | | |
| Total: Profitability | 0.00 | 0.00% | | |
| Total: % Gain | 0.00% | | | |
| Total: Overhead | 0.00 | | | |
| Total: % Overhead | 0.00% | | | |
| Total: Estimated | | | 471.90 | |
| Total: Variance | | | 0.00 | |
| Total: % Variance | | | 0.00% | |