Goetz Fitzpatrick LLP
One Penn Plaza
New York, New York 10119
Telephone: 212-695-8100
Facsimile: 212-629-4013
By:   Gary M. Kushner, Esq.

*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| OTR MEDIA GROUP, INC., | Case No. 11-47385 (ESS) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

     Jessica Bejarano, a legal assistant for the Law Firm Goetz Fitzpatrick LLP hereinafter certifies as follows:

     I am not a party to the within action; am over the age of 18 years and reside at Brooklyn, New York.  On August 29, 2013, I served a copy of the **NOTICE OF HEARING ON FOURTH INTERIM FEE APPLICATION OF GOETZ FITZPATRICK LLP AS DEBTOR'S COUNSEL AND NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF NOVACK, BURNBAUM & CRYSTAL LLP AS DEBTOR'S SPECIAL COUNSEL**:

     **BY:   REGULAR MAIL - B**y mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

     See service list attached

     To the best of my knowledge and belief, the foregoing persons are those to be served in this Adversary Proceeding.

Dated: August 29, 2013
      New York, New York

                                                /s/Jessica Bejarano
                                                Jessica Bejarano

T:\Kushner\KDrive\Kushner\OTR - CHAPTER 11\chapter 11\Certificate of Service - notice of hearing on Fourth interim fee application of gf.docx

| | | |
|---|---|---|
| Metropolitan National Bank<br>99 Park Avenue<br>New York, New York 10016<br>Attn: Charles Azzara | 113 Hamilton LLC<br>c/o Renessiance Realty<br>1946 Coney Island Ave.<br>Brooklyn, NY 11223 | 142 Fulton, LLC<br>c/o Century Realty<br>140 Fulton Street<br>5th Flr.<br>New York, NY 10038 |
| 176 Canal Corp.<br>175 Canal Street<br>New York, NY 10038 | 203 17th Reality, LLC<br>1303 53rd Street<br>BMP 119<br>Brooklyn, NY 11219 | 228 St. Nick LLC<br>114 Avenue T<br>Brooklyn, New York 11223 |
| 340 Flatbush Ave. LLC<br>1481 47th Street<br>Brooklyn, NY 11291 | 450 West 31st Owners Corp.<br>c/o Maxwell Kates, Inc.<br>Attn: Regina Sztryker<br>9 East 38th Street<br>New York, NY 11219 | 48 Wall Street<br>c/o Swig Equities LLC<br>770 Lexington Avenue<br>New York, NY 10021 |
| 500 Lincoln Associates LLC<br>c/o Essex Capital Partners<br>635 Madison Avenue<br>New York, NY 10022 | 55 Little West 12th Street<br>55 Little West 12th St.<br>New York, New York 10014 | 65-67 Clemont Park Assoc.<br>4718 18th Ave., Ste. 117<br>Brooklyn, NY 11204 |
| OLSHAN FROME WOLOSKY LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022 | 90 Broad Owner LLC<br>c/o Swig Equities<br>770 Lexington Avenue<br>New York, NY 10021 | Ace Advertising<br>295 Skidmore Road<br>Deer Park, NY 11729 |
| Ace Estates Corp.<br>Attn: Frank Santoro<br>646 Lorimer St.<br>Brooklyn, NY 11211 | Advertising Database<br>Attn: Accounting Dept.<br>12 East 32nd St., Flr. 7<br>New York, NY 10016 | American Arbitration Assoc.<br>950 Warren Avenue<br>E. Providence, RI 02914 |
| Ariel S. Holzer<br>699 West 239th St.<br>Bronx, NY 10463 | | AVS<br>125 Maiden Lane, 15th Flr.<br>New York, New York 10038 |
| Bank or America Card<br>PO Box 15184<br>Wilmington, DE 19850 | | Bartfield & Knopfler, PLLC<br>958 East 14th Street<br>Brooklyn, NY 11230 |
| Billboard Planet<br>825 Boone Ave. No.<br>Suite 100<br>Minneapolis, MN 55427 | Board of Standards and Appeal<br>40 Rector Street<br>9th Flr<br>New York, NY 10006 | |
| Care Realty Corp.<br>200 East 69th Street<br>New York, New York 10021 | Clear Channel Outdoor<br>P.O. Box 402379<br>Atlanta, GA 30384 | Cohen Hochman & Allen<br>80 Maiden Lane<br>Suite 506/7<br>New York, NY 10038 |

| | | |
|---|---|---|
| Con Edison<br>JAF Station<br>PO Box 1702<br>New York, NY 10116 | Covenant House New York<br>Attn: Bruce Henry<br>460 West 41st Street<br>New York, NY 10036 | Ed Burnbaum, Esq.<br>Novack Burnbaum Crystal<br>300 East 42nd Street<br>New York, New York 10017 |
| Electric Power, Inc.<br>1865 48th Street<br>Brooklyn, NY 11204 | Elite Limousine Plus, Inc.<br>Attn: Shafqut Chadhary<br>32-72 Gate Avenue<br>Long Island City, NY 1110 | Empire Erectors & Elec. Corp.<br>801 East 134th Street<br>Bronx, NY 10454 |
| | Environmental Control Board<br>66 John Street<br>10th Floor<br>New York, New York 10038 | |
| ESS Prisa LLC<br>Attn: Property manager<br>330 Bruckner Blvd.<br>Bronx, New York 10454 | EZ Pass<br>P.O. Box 149003<br>Staten Island, NY 10314 | Financial Admin. of the City of NY<br>P.O. Box 2307<br>Peck Slip Station<br>New York, NY 10035 |
| Fotini Theoharidou<br>3540 32nd St.<br>Long Island City, New York 11106 | Fourth Avenue Management<br>59 Fourth Avenue<br>New York, New York 10003 | Goetz Fitzpatrick, LLP<br>One Penn Plaza<br>44th Floor<br>New York, New York 10119 |
| Goldman Harris LLC<br>475 Park Avenue South<br>New York, NY 10016 | Gotham Broad LLC<br>Attn: David Ishay<br>30 Broad Street<br>New York, NY 10004 | Gramercy Park Habitat Condo<br>Douglas Ellman<br>c/o Elly Pateras<br>675 Third Avenue<br>New York, NY 10017 |
| Guardian Insurance & Annuity Co.<br>P.O. Box 26280<br>Lehigh Valley, PA 18002 | Howard Crystal, Esq.<br>Novack Burnbaum Crystal<br>300 East 42nd Street<br>New York, NY 10017 | Ilan Levi<br>P.O. Box 310373<br>Brooklyn, NY 11234 |
| Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 | Isaac Szpilzinger<br>640 Grenville Avenue<br>Teaneck, NJ 07666 | J.I.M. Trust<br>1734 55th Street<br>Brooklyn, NY 11204 |
| K.C. 836 LLC<br>c/o Charles Kim<br>235 East 40th St., Apt. 9A<br>New York, New York 10016 | Ladder 3<br>c/o Leo Fox<br>630 3rd Avenue Room 1801<br>New York, NY10017-6738 | Louis Striar Inc.<br>118-21 Queens Blvd. #331<br>Forest Hills, NY 11357 |
| Martina Davanzo<br>918 Chelsea Street<br>Easton, PA 18045 | Metropolitan National Bank<br>99 Park Avenue<br>New York, New York 10016 | Metropolitan Sign & Rigging<br>3436 Rombouts Ave.<br>Bronx, NY 10475 |

| | | |
|---|---|---|
| Morvillo, Abramowitz, Grand, & Lason P.C.<br>565 Fifth Avenue, 9th Floor<br>New York, NY 10017 | National Benefit Life Ins.<br>PO Box 7247-8844<br>Philadelphia, PA 19170 | Navtrak, Inc.<br>PO Box 1915<br>Salisbury, MD 21802 |
| Nissan Motor Corp.<br>PO Box 371447<br>Pittsburgh, PA 15250 | NJ EZ Pass<br>PO Box 52005<br>Newark, NJ 07101 | Nor-Court Management, Inc.<br>c/o Camco Services<br>500 N. Broadway, Ste. 270<br>Jericho, NY 11753 |
| NYC Dept. of Buildings<br>Sign Enforcement Unit<br>280 Broadway, 5th Flr.<br>New York, New York 10007 | NYS Corporation<br>Tax Processing Unit<br>Albany, NY 12201 | NYS Department of Finance<br>PO Box 5070<br>Kingston, NY 12402 |
| NYS Dept. of Tax and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | | |
| One Maiden Lane Realty LLC<br>PO Box 5944<br>Hicksville, NY 11802 | P&G Brokerage Inc.<br>5209 13th Avenue<br>Brooklyn, NY 11219 | Palazzo Realty Inc.<br>802 9th Avenue<br>New York, NY 10019 |
| Pavillion on the Park LCC<br>c/o Hidrock Realty<br>65 West 36th Street<br>New York, New York 10018 | Pearl Parking LLC<br>243-253 Pearl Street<br>New York, New York 10038 | Pease & Associates Inc.<br>1422 Euclid Avenue<br>Suite 200<br>Cleveland, OH 44115 |
| Pitney Bowes Inc.<br>PO Box 371874<br>Pittsburgh, PA 15250 | Professional Benefit Services<br>1193 Royvonne Ave. SE #22<br>Salem, OR 97302 | Rabar Enterprises, LLC<br>175 Canal Street<br>New York, NY 10013 |
| Rapida<br>544 Park Avenue<br>Brooklyn, NY 11205 | Reyson Realty Corp.<br>215 Cole Street<br>Jersey City, NJ 07310<br>Avishay Levanovsky | Rodrick Snell<br>858 Atlantic Ave.<br>Brooklyn, NY 11238 |
| Roth & Company LLP<br>1428 36th Street<br>Suite 200<br>Brooklyn, NY 11218 | Schlesinger Electrical Co.<br>664 Bergen Street<br>Brooklyn, NY 11238 | Service Sign Erectors Co.<br>120 East 131st Street<br>New York, NY 10037 |
| | | Steven Sakele<br>7 Dey Street<br>New York, NY 10007 |

| | | |
|---|---|---|
| Surrey Property Management<br>40 Fulgon Street, 6th Flr.<br>New York, New York 10038 | Syms Corp.<br>1 Syms Way<br>Secaucus, NJ 07094 | The Blaikie Group<br>111 John St., Ste. 1600<br>New York, NY 10038 |
| The City of New York<br>Assistant Corp. Counsel<br>100 Church Street<br>Rm. 20-104<br>New York, New York 10007 | The Glass Farmhouse Condo<br>c/o Andrews Bldg. Corp.<br>666 Broadway, 12th Flr.<br>New York, New York 10012 | |
| Travelers Inc. CL Remittance<br>PO Box 660317<br>Dallas, TX 75266 | Trinity Products, Inc.<br>1969 West Terra Lane<br>O'Fallon, MO 63366 | Tuck-It-Away Assoc. Deegan<br>Attn: Nick Sprayregen<br>3261 Broadway<br>New York, NY 10027 |
| Underwood Acquisitions<br>123 South 8th Street -2B<br>Brooklyn, NY 11211 | Van Lantic, LLC<br>c/o Phil Cramer<br>PO Box 022107<br>Brooklyn, NY 11202 | |
| West Side Jewish Center<br>347 34th Street<br>New York, New York 10001 | Wilren Realty LLC<br>c/o Chetriet Group LLC<br>404 Fifth Avenue – 4th Fl.<br>New York, Ny 10018 | Yung Bros. Real Estate Co.<br>838 Sixth Avenue<br>New York, NY 10001 |
| Zirfnet<br>1562 First Avenue<br>Suite 301<br>New York, New York 10028 | Office of the United States Trustee<br>271 Cadman Plaza East, Ste. 4529<br>Brooklyn, NY 11201<br>Attn: William Curtin, Esq. | Neal Mann<br>c/o NYS Dept. of Tax and Finance<br>120 Broadway<br>New York, NY 10271 |
| Internal Revenue Service<br>33 Maiden Lane<br>New York, New York 10038<br>Attn: Sheila Olaksen | Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br>Attn: Michael R. Dal Lago, Esq. | Kathleen Hallinan, Esq.<br>Sony Pictures Entertainment<br>10202 West Washington Blvd.<br>Culver City, CA 90232 |
| 424 West 33rd Street LLC<br>c/o Newmark Knight Frank<br>Attn: Roy Lapidus<br>125 Park Avenue, 12th Flr.<br>New York, NY 10017 | 340 Flatbush Ave. LLC<br>1481 47th Street<br>Brooklyn, NY 11219 | 450 West 31st Owners Corp.<br>c/o Mazwell Kates, Inc.<br>9 East 38th Street<br>New York, NY 10016 |
| Reyson Realty Corp.<br>215 Cole Street<br>Jersey City, NJ 07310 | Davidoff Malito & Hutcher, LLP<br>605 Third Avenue<br>New York, New York 10158<br>Attn: Ralph E. Preite, Esq. | Judith Lynne Cohen<br>District Tax Attorney<br>New York State Dept. of<br>Taxation and Finance<br>1740 Broadway, 16th Floor<br>New York, NY 10019 |