UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          :
                                                                :
OTR MEDIA GROUP, INC.,                                          :    Chapter 11
                                                                :    Case No. 1-11-47385 (ESS)
                                    Debtor.                     :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       Richard W. Trotter, an Associate at the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP, attorney for creditor Metropolitan National Bank certifies as follows:

       I am over 18 years of age and am not a party to this action. On September 13, 2013 I served the Joinder of Metropolitan National Bank in Objection of the United States Trustee to Applications of Goetz Fitzpatrick LLP, as Counsel to the Debtor, and Novack, Burnbaum & Crystal, LLP, as Special Counsel to the Debtor for Interim Allowance of Fees for Services Rendered and Reimbursement of Expenses, by email as follows:

| Gary M. Kushner, Esq. | Ronald Coleman, Esq. | William E. Curtin, Esq. |
| --- | --- | --- |
| gkushner@goetzfitz.com | rcoleman@goetzfitz.com | William.E.Curtin@usdoj.gov |
| Scott D. Simon, Esq. | Brian Horan, Esq. | Alan Kleinman, Esq. |
| ssimon@goetzfitz.com | bhoran@law.nyc.gov | akleinma@law.nyc.gov |

Dated: New York, New York
       September 13, 2013

                                        TANNENABUM HELPERN SYRACUSE
                                        HIRSCHTRITT LLP
                                        *Counsel to Metropolitan National Bank*

                                        By: /s/ Richard W. Trotter
                                            Richard W. Trotter
                                            Associate
                                            900 Third Avenue
                                            New York, NY 10022
                                            (212) 508-7542