# INVOICE

FEDERAL I.D. # 13-4091022

## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 EAST 42ND STREET

NEW YORK, N.Y.  10017

February 06, 2013

Invoice #                    17206

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Post Bankruptcy

Our File:          EHB          05276-03

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 8/25/2011 EHB | Various telecons and email correspondences with Ari Noe and Michael Eisenberg re petition, status of various OTR matters with the City, tax and sale of assets and schedules;  additional telecon with Ari Noe re meeting with Van Wagner and dissemination of information. | 3.67 | 1,835.00 |
| 8/26/2011 EHB | Meeting with Ari Noe re Fuel offer on one property and various issues at NBC; email correspondence; | 1.91 | 955.00 |
| 8/29/2011 EHB | Various telecon with Ari Noe and Michael Eisenberg; Telecon with attorney for Van Wagner; Email correspondence with Jon Dobres, Flexis and VWC; Meeting at Goetz firm with clients and Gary Kushner; Telecon with Charles Pizzara and O'Donough re offer status and related matters; Email correspondence with Fuel re financial information for single asset purchase. | 7.75 | 3,875.00 |
| EHB | Conference call with clients, Kushner and Coleman ; Correspondence with HCC;  Additional telecons with Ari Noe and Michael Eisenberg re Fuel , financial status , filing, Met Bank and other issues; | 6.00 | 3,000.00 |
| 8/30/2011 EHB | Review VWC changes to NDA; email correspondence with HCC, AN and ME; Various Telecons with Ari Noe and Michael Eisenberg re status. | 2.08 | 1,040.00 |
| 8/31/2011 EHB | Various Telecons and email correspondence with Ari Noe re Fuel, Bankruptcy and other issues;  email correspondence with Ari Noe, Michael Eisenberg, Gary Kushner and Ron Coleman; | 2.58 | 1,290.00 |
| 9/2/2011 EHB | review temporary restraining order; email correspondence with clients and counsel; | 0.75 | 375.00 |

Post Bankruptcy                                    Our File:      05276-03

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/5/2011 | HCC | Review Kleinman letter; Work on Yung Bros. matter (stipulation; Exchanges of communications with NYC counsel) | 1.37 | 683.33 |
| 9/6/2011 | EHB | Review draft letter to landlords and advertisers drafted by Ron Coleman; email correspondence with Ron Coleman; | 0.75 | 375.00 |
| 9/7/2011 | EHB | Email correspondence re asset sale; review letters to and from City re filing and other issues; | 1.22 | 610.00 |
| 9/8/2011 | EHB | Correspondence with Gary Kushner, Ron Coleman, Ari Noe and Michael Eisenberg; | 0.87 | 435.00 |
| 9/9/2011 | EHB | Telecon with Ari Noe re status; | 0.67 | 333.33 |
| | EHB | Conference call with Fuel executives and OTR re W 33rd Street asset, petition filing, and terms and conditions of existing lease; email correspondence with clients; telecons with Ari Noe and Michael Eisenberg; | 1.75 | 875.00 |
| 9/12/2011 | HCC | Participation in court conference via telephone. | 1.50 | 750.00 |
| 9/15/2011 | EHB | Email correspondence with Fuel attaching W 33rd Street lease; review leases and amendments; email correspondence with clients; telecon with Ari Noe;; review violations spreadsheet; email correspondence with Ron Coleman; telecon with Ari Noe; telecon with Michael Eisenberg; email correspondence with Moshe Mintz; | 2.33 | 1,166.67 |
| | HCC | Meeting with client to discuss Walton Avenue sign issue. | 0.85 | 425.00 |
| 9/20/2011 | EHB | Email with Fuel re status of asset offer; email with Ari Noe re same; | 0.42 | 208.33 |
| 9/22/2011 | EHB | Email correspondence with Ari Noe and Fuel re asset purchase; | 0.67 | 333.33 |
| 9/27/2011 | HCC | Review Holzer affidavit. | 1.59 | 794.44 |
| 9/28/2011 | HCC | Attend hearing in bankruptcy court. | 3.50 | 1,750.00 |
| 10/4/2011 | EHB | Email and Telecon with Ari Noe re discussions with Flexis re sale; correspondence with HCC; | 0.92 | 458.33 |
| | HCC | Exchanges of communications with counsel for Ladder 3; Exchanges of communications with bankruptcy counsel regarding withdrawal of claim. | 0.50 | 250.00 |
| 10/5/2011 | EHB | Telecon with Ari Noe re various assets proposed to Flexis and strategy re sale in bankruptcy context; | 0.75 | 375.00 |
| | HCC | Preparation for and participation in conference call. | 3.52 | 1,760.00 |
| | HCC | Exchanges of communications with appeals company and City attorney. (838 6th Avenue ) | 0.30 | 150.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/6/2011 | EHB | Emails and telecons with Ari Noe re Flexis proposal and calls with Friedman; review NDA for transmittal to Albert Cohen re possible asset sale; | 0.75 | 375.00 |
| | HCC | Telephone conference with Mr. Noe; Research regarding sign/structure issue | 0.80 | 400.00 |
| 10/7/2011 | HCC | Participation in conference call regarding Bruckner property. | 0.69 | 343.61 |
| 10/10/2011 | HCC | Meeting with client and other counsel. | 2.50 | 1,250.00 |
| 10/28/2011 | EHB | Joint telecom with Ari Noe, Jeremy Temkin and Gary Kushner re various issues affecting OTR, asset sale and bankruptcy proceeding; email correspondence with Jeremy Temkin; | 1.17 | 583.33 |
| 11/2/2011 | EHB | Email and telecon with Ari Noe re Total Flexis offer; review draft agreement; email with Gary Kushner and J. Temkin; | 1.42 | 708.33 |
| 11/3/2011 | HCC | Initial review of responsive brief; Initial drafting.(838 6th Avenue ) | 1.68 | 842.08 |
| 11/4/2011 | EHB | Telecon with Ari Noe re parameters of Flexis transaction and procedure in BC; | 0.67 | 333.33 |
| | HCC | Preparing response; Exchanges of communications with adverse counsel. (838 6th Avenue) | 0.93 | 463.06 |
| 11/7/2011 | EHB | Telecon with Ari Noe re Flexis/Total offer; email correspondence with Ari Noe and Michael Eisenberg; | 0.92 | 458.33 |
| 11/8/2011 | EHB | Email correspondence with Ari Noe re status of purchase and call with other counsel; telecom with Ari Noe and Gary Kushner; | 0.42 | 208.33 |
| 11/9/2011 | HCC | Review papers filed by Ms. Harris regarding 59 4th Avenue. | 0.21 | 104.31 |
| | HCC | Telephone conference with Mr. Kushner regarding the appeal and the need for addtional time; Telephone conference with City counsel; Telephone conference with First Department; Prepare stipulation. | 2.06 | 1,030.69 |
| 11/10/2011 | EHB | Telecon with Ari Noe re Flexis proposal; email correspondence with Michael Eisenberg and Ari Noe re W 33rd Street valuation; email Dobres re counter-proposal to Flexis/Total offer; | 0.92 | 458.33 |
| 11/14/2011 | EHB | Email correspondence with Ari Noe re West 33rd Street property and issues with City; review materials; | 0.75 | 375.00 |
| 11/15/2011 | EHB | Review revised offer from Flexis/Total; email correspondence with Ari Noe re same; | 0.75 | 375.00 |
| 11/21/2011 | EHB | Email correspondence with Jon Dobres re Flexis offer; | 0.42 | 208.33 |
| 11/23/2011 | EHB | Telecon with Ari Noe re Flexis offer on 33rd Street; | 0.25 | 125.00 |

Post Bankruptcy                          Our File:        05276-03

| Date | | Description | Hours | Amount |
|------|---|------------|-------|--------|
| 11/28/2011 | HCC | Telephone conference with client regarding 59 4th and Yung. | 0.40 | 200.00 |
| 11/29/2011 | HCC | Drafting reply brief. | 6.16 | 3,080.00 |
| | HCC | Exchanges of communications with all counsel regarding retention of outside counsel; Exchanges of communications with Ms. Harris regarding BSA submission. | 0.93 | 466.67 |
| 12/6/2011 | HCC | Research and drafting of Yung reply brief. | 5.10 | 2,551.67 |
| 12/8/2011 | HCC | Drafting Yung reply brief. | 1.75 | 875.00 |
| | HCC | Telephone conference with Mr. Kushner regarding 59 4th Avenue strategy issues; Exchanges of communications with attorney for 59 4th. | 0.40 | 200.00 |
| 12/12/2011 | HCC | Drafting 838 Reply brief; Email to 59 4th Ave. attorney; Research regarding 52-61, Toys-R-Us, etc. (838 6th Avenue) | 2.75 | 1,375.00 |
| 12/13/2011 | EHB | Meet with Ari Noe, Michael Eisenberg and bankruptcy counsel re next steps. | 2.42 | 1,208.33 |
| | HCC | Finalize brief for 838. | 2.50 | 1,250.00 |
| 12/14/2011 | EHB | Meet with Michael Eisenberg at NBC re various issues; various email correspondence with Ari Noe and counsel; | 2.33 | 1,166.67 |
| 12/21/2011 | EHB | Telecon with Ari Noe re various. | 0.42 | 208.33 |
| 1/3/2012 | HCC | Telephone conference with client; Telephone conference with Mr. Kushner; Review motion. | 1.23 | 612.78 |
| 1/4/2012 | EHB | Telecon with Ari Noe re status of various OTR matters; | 0.58 | 291.67 |
| | HCC | Teleconference with client regarding strategy; Research regarding appeals. | 2.00 | 1,000.00 |
| 1/5/2012 | EHB | Telecon with Michael Eisenberg re status of proceedings, settlement with City and prospective sale of assets; | 0.75 | 375.00 |
| | HCC | Telephone conference with client regarding strategy. | 0.40 | 200.00 |
| 1/6/2012 | EHB | Joint telecon with Ari Noe, and all lawyers, re significance and strategies of various issues surrounding OTR bankruptcy and related issues; email correspondence with counsel and clients; | 1.20 | 600.00 |
| | HCC | Telephone conference with client regarding 59 4th and Yung. | 0.40 | 200.00 |
| 1/9/2012 | EHB | Email correspondence with Ari Noe re status; | 0.33 | 166.67 |
| | HCC | Exchanges of communications with client. | 0.40 | 200.00 |

Post Bankruptcy                                    Our File:      05276-03

|            |     |                                                                                                            | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------|-------|----------|
| 1/10/2012  | EHB | Email correspondence with Ari Noe re next steps; telecon with Ari Noe re same.                             | 0.42  | 210.00   |
|            | EHB | Various Telecons with Ari Noe re status of sales and other issues                                          | 1.09  | 545.00   |
|            | HCC | Provide information regarding current matters; Exchanges of communications with client.                    | 0.71  | 355.00   |
| 1/12/2012  | EHB | Email correspondence with counsel and clients; telecon with Ari Noe;                                       | 0.50  | 250.00   |
| 1/20/2012  | HCC | Telephone conference with client regarding 838 Sixth appeal.                                               | 1.50  | 750.00   |
| 1/27/2012  | EHB | Various email correspondence with Ari Noe and counsel re meeting;                                          | 0.33  | 166.67   |
| 2/1/2012   | HCC | Telephone conference with client; Telephone conference with Mr. Kushner; Review motion .                   | 1.23  | 612.78   |
|            | EHB | Email correspondence and telecons with Ari Noe and Michael Eisenberg;                                      | 0.92  | 458.33   |
| 2/7/2012   | EHB | Teleconference with Ari Noe and Ron Coleman re work out strategies; review revised Coleman letter;  email correspondence. | 0.80  | 400.00   |
|            | HCC | Exchanges of communications with other counsel regarding  creditors and  City.                            | 1.20  | 600.00   |
| 2/8/2012   | EHB | Joint telecon with Michael Eisenberg, Ari Noe and Gary Kushner re various issues;                          | 1.42  | 708.33   |
| 2/12/2012  | HCC | Research regarding 54 9th; Exchanges of communication with client regarding same.                          | 3.00  | 1,500.00 |
| 2/13/2012  | EHB | Telecon with Ari Noe re status of bankruptcy proceedings and asset sale developments;                      | 0.75  | 375.00   |
|            | HCC | Exchanges of communications with other counsel and client.                                                | 1.50  | 750.00   |
| 2/22/2012  | EHB | Email correspondence with Ari Noe; review Lamar lease and decision involving Van Wagner;                   | 1.17  | 583.33   |
| 3/1/2012   | HCC | Telephone conference with client regarding Yung Appeal; Telephone conference with Mr. Sternberg, Corp. Counsel's office. | 0.40  | 200.00   |
|            | EHB | Various email and telecons with clients and counsel re bankruptcy filing, schedules, issues and strategies; | 1.42  | 708.33   |
| 3/2/2012   | EHB | Email correspondence with Ari Noe re status;                                                               | 0.42  | 208.33   |
| 3/5/2012   | HCC | Exchanges of communications with Mr. Kleinman regarding 838 Sixth Avenue.                                  | 0.30  | 150.00   |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/6/2012 | HCC | Telephone conference with Mr. Eisenberg regarding lease for former OTR space; Quick research regarding mitigation. | 0.40 | 200.00 |
| 3/9/2012 | EHB | Review Lamar settlement agreement; email correspondence with Gary Kushner; | 0.58 | 291.67 |
| 3/12/2012 | EHB | Email correspondence with Ari Noe re status; Telecon with Ari Noe; | 0.92 | 458.33 |
| | HCC | Exchanges of communications with 59 4th's attorney; Exchanges of communications with Lamar's counsel. | 1.71 | 853.75 |
| | HCC | Exchanges of communications with Mr. Tsimopolous's office; Exchanges of communications with client. | 0.30 | 150.00 |
| 3/13/2012 | HCC | Exchanges of communications with client regard appeal of Yung decision. | 0.30 | 150.00 |
| 3/14/2012 | EHB | Telecons with Ari Noe and Michael Eisenberg re current financial position of the company, potential asset sales, and secured lender; email correspondence with Gary Kushner; | 1.92 | 958.33 |
| 3/16/2012 | EHB | Telecon with Gary Kushner re asset transaction status and related issues; | 0.42 | 208.33 |
| 3/19/2012 | HCC | Review Yung appeal papers. | 0.95 | 472.78 |
| | HCC | Review email from client regarding Lamar structure on 11th avenue, and attached documents; Email to client; Telephone conference with client; Call to Corporation Counsel's office regarding appeal. | 1.78 | 887.92 |
| 3/20/2012 | EHB | Meet with Ari Noe, Michael Eisenberg and bankruptcy counsel re next steps; | 2.42 | 1,208.33 |
| 3/22/2012 | HCC | Telephone conference with Mr. Eisenberg regarding Syms matter; Telephone conference with Mr. Kushner. | 0.47 | 233.33 |
| 3/23/2012 | HCC | Review City submission. | 0.75 | 375.00 |
| 4/16/2012 | HCC | Telephone conference with Mr. Noe regarding Covenant House location. | 1.00 | 500.00 |
| 4/23/2012 | HCC | Review Convent House rulings.Review Wan Wagner decision. | 1.02 | 511.11 |
| 4/24/2012 | HCC | Telephone conference with client  regarding 838 6th Avenue ECB hearing. | 0.40 | 200.00 |
| 4/25/2012 | EHB | Joint telecon with Ari Noe, Michael Eisenberg and Gary Kushner re status report and various other issues; conferences with HCC re same; | 1.25 | 625.00 |
| 4/27/2012 | EHB | Email correspondence with Ari Noe re city action on signs; | 0.42 | 208.33 |
| 5/31/2012 | EHB | Telecon with Ari Noe re status of plan and proceedings and issued with Fuel infringement of NDA; | 0.92 | 458.33 |

Post Bankruptcy                                    Our File:      05276-03

|            |     |                                                                                                |  Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------|-------|---------|
| 6/1/2012   | EHB | Email correspondence with Ari Noe re Fuel violations of NDA;                                    | 0.33  | 166.67  |
|            | HCC | Telecon with Ari Noe.                                                                           | 0.40  | 200.00  |
| 6/13/2012  | EHB | Telecon with Ari Noe re status;                                                                 | 0.42  | 208.33  |
| 7/9/2012   | EHB | Telecon with Ari Noe;                                                                           | 0.50  | 250.00  |
|            | HCC | Telecon with Ari Noe.                                                                           | 0.30  | 150.00  |
| 7/20/2012  | EHB | Appear in Supreme Court, NY County re pre trial hearing on logistics and motions in limine; telecons with Mordy Schron; | 3.75 | 1,875.00 |

|                                 |        |            |
|---------------------------------|--------|------------|
| For professional services rendered | 140.69 | $70,304.25 |
| Additional charges:             |        |            |
| 9/26/2011 Courier Service       |        | 21.00      |
| 12/7/2011 Westlaw research      |        | 20.77      |
| 12/12/2011 Westlaw research     |        | 96.59      |
| Total costs                     |        | $138.36    |
| Total amount of this bill       |        | $70,442.61 |
| Balance due                     |        | $70,442.61 |

# INVOICE

FEDERAL I.D. # 13-4091022

## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 EAST 42ND STREET

NEW YORK, N.Y.  10017

February 11, 2013

Invoice #                17219

OTR
40 Fulton Street
6th Floor
New York, NEw York 10038
Attn: Michael Eisenberg,

174 Canal Street

Our File:        HCC        02276-35

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 1/30/2013 HCC | Meeting with Messrs. Noe and Holzer; Research regarding legal issues pertinent to the preparations of an Art. 78 petition with regard to stop work order and application for stay of DOB violations; Drafting petition; Exchange of communications with Mr. Holzer regarding research issues; Telephone conference with Ms. Arnold regarding same and strategy;  Begin drafting memorandum of law. | 8.05 | 4,025.56 |
| 1/31/2013 HCC | Exchange of communications with Mr. Holzer; Edits to petition and memorandum of law. | 3.45 | 1,724.17 |

For professional services rendered          11.50      $5,749.73
Additional charges:

1/30/2013  Westlaw research                                          70.86

Total costs                                                          $70.86

Total amount of this bill                                          $5,820.59

Balance due                                                        $5,820.59



FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 EAST 42ND STREET

NEW YORK, N.Y.  10017

March 13, 2013

Invoice #             17286

OTR
40 Fulton Street
6th Floor
New York, NEw York 10038
Attn: Michael Eisenberg,

174 Canal Street

| | Our File: | HCC | 02276-35 |
|---|---|---|---|

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2013 | HCC | Edits to petition; Preparing order to show cause, affidavit of emergency, memo of law; Exchange of communications with clients and bankruptcy counsel; Coordinate assembly of papers; Meeting with Ariel Holzer; Exchange of communications with Ms. Arnold re imminent revocation. | 2.82 | 1,410.00 |
| 2/4/2013 | HCC | Telephone conference with Phyllis Arnold; Negotiations with Ms. Hoggan regarding settlement. | 1.69 | 845.00 |
| 2/5/2013 | HCC | Telephone conference with Ms. Hoggan, NYC Law Department, re settlement issues; Telephone conference with Mr. Noe; Telephone conference with Supreme Court NY, ex parte office; Telephone conference with chambers of Judge Moulton regarding settlement discussions and procedure; Telephone conference with Mr. Holzer re same; Email to chambers to report as instructed by chambers; Several email correspondence with client, Mr. Shaffer, Ms. Arnold, and Mr. Holzer. | 1.75 | 875.00 |
| 2/6/2013 | HCC | Telephone conference with Ms. Hoggan; Email to client and Ms. Arnold re status; Email exchanges re same; Review consent order and earlier order. Conference call with all attorneys and client. | 1.65 | 825.00 |
| 2/7/2013 | HCC | Telephone conference with Mr. Noe; Telephone conference with Mr. Kleinman, Ms. Hoggan and Ms. Arnold; Telephone conference with Ms. Hoggan and Judge's law clerk; Telephone conference with Mr. Holzer re judge's request; Several Telephone conferences with Ms. Arnold regarding the revelation that the sign was replaced and how to handle same; Telephone conference with Mr. Holzer re same; Additional email to court in response to a question from Ms. Field re same; Exchange of communications with client re voluntary discontinuance in view of | 3.63 | 1,815.00 |

174 Canal Street                                          Our File:       02276-35

|                          | Hours | Amount |
|--------------------------|-------|--------|
| replacement of sign; Research regarding voluntary discontinuance; Exchange of communications with court re same. | | |
| 2/11/2013 HCC  Prepare notice of discontinuance. | 0.40 | 200.00 |
| For professional services rendered | 11.94 | $5,970.00 |
| Additional charges: | | |
| 2/27/2013 Copying cost | | 4.35 |
| Total costs | | $4.35 |
| Total amount of this bill | | $5,974.35 |
| Previous balance | | $5,820.59 |
| Balance due | | $11,794.94 |

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 EAST 42ND STREET

NEW YORK, N.Y.  10017

April 04, 2013

Invoice #  17331

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Post Bankruptcy Work

Our File:        HCC        05276-01

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 3/1/2013 HCC | Teleconference with bankruptcy counsel and client. | 2.05 | 1,023.19 |
| 3/2/2013 HCC | Research regarding irreparable harm and exhaustion issue. | 3.40 | 1,700.00 |
| 3/29/2013 HCC | Research regarding and outlining Covenant House arguments. | 6.33 | 3,165.28 |
| | For professional services rendered | 11.78 | $5,888.47 |

Additional charges:

| | | |
|---|---|---|
| 2/28/2013 | Westlaw research | 33.41 |
| 3/26/2013 | Westlaw research | 89.68 |
| 3/27/2013 | Westlaw research | 176.58 |

| | |
|---|---|
| Total costs | $299.67 |
| Total amount of this bill | $6,188.14 |
| Previous balance | $6,731.41 |
| 12/4/2012 Courtesy Credit | ($458.33) |
| 4/3/2013 Courtesy Credit | ($6,273.08) |
| Total payments and adjustments | ($6,731.41) |

Post Bankruptcy Work                    Our File:     05276-01

|                          | Amount      |
|--------------------------|-------------|
| Balance due              | $6,188.14   |



# INVOICE

FEDERAL I.D. # 13-4091022

## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 EAST 42ND STREET

NEW YORK, N.Y.  10017

May 03, 2013

Invoice #           17429

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Covenant House Matter

Our File:         HCC        05276-01

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2013 | HCC | Research regarding exhaustion of administrative remedies | 1.00 | 500.00 |
| 4/3/2013 | HCC | Meeting with Mr. Holzer to discuss plan for case; Telephone conference with client; Telephone conference with Mr. Simon re strategy; Begin research and planning for motion and argument that admin remedies do not have to be exhausted. | 1.83 | 915.00 |
| | HCC | Exchange of communications with client; Review determination. | 0.50 | 250.00 |
| | HCC | Drafting papers for Covenant House motion. | 1.70 | 850.00 |
| 4/4/2013 | HCC | Telephone conference with Mr. Noe re Covenant House; Telephone conference with Ms. Arnold and client representatives to discuss the Covenant House sign and the idea of seeking an injunction/stay as to those signs that the City has revoked permits or where the signs should be grand-fathered according to Ms. Arnold. | 0.70 | 350.00 |
| 4/11/2013 | HCC | Reviewing applicable statutes; Research regarding common law grand fathering argument; Telephone conference with Mr. Noe; Additional Exchange of communications with Mr. Holzer and Ms. Arnold. | 0.60 | 300.00 |
| 4/15/2013 | HCC | Exchange of communications with  client; Exchange of communications with  Mr. Holzer; Drafting petition. | 1.74 | 870.00 |
| | HCC | Drafting; Exchange of communications with  Ms. Arnold and Mr. Holzer. | 1.04 | 520.00 |
| 4/17/2013 | HCC | Participation in conference call with Covenant House, client; Ms. Arnold; Exchange of communications with  Mr. Holzer and Ms. Arnold re arguments. | 0.83 | 413.89 |

Covenant House Matter

|  |  | Hours | Amount |
|---|---|---|---|
| 4/22/2013 HCC | Exchange of communications with  client re CH, need for help from other counsel, amended lease; Drafting. | 0.87 | 433.61 |
| 4/26/2013 HCC | Drafting. | 1.03 | 515.00 |
|  | For professional services rendered Additional charges: | 11.84 | $5,917.50 |
| 2/28/2013 | Westlaw research |  | 33.41 |
| 3/26/2013 | Westlaw research |  | 89.68 |
| 3/27/2013 | Westlaw research |  | 176.58 |
|  | Total costs |  | $299.67 |
|  | Total amount of this bill |  | $6,217.17 |
|  | Previous balance |  | $6,188.14 |
| 4/26/2013 | Payment - thank you. Check No. 2032 |  | ($5,010.44) |
|  | Total payments and adjustments |  | ($5,010.44) |
|  | Balance due |  | $7,394.87 |

# INVOICE

FEDERAL I.D. # 13-4091022

## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

June 12, 2013

Invoice #                17484

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Covenant House Matter

Our File:                05276-01

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 5/1/2013 HCC | Drafting memo of law. | 1.97 | 985.83 |
| 5/2/2013 HCC | Telephone conference with Covenant House ("CH"); Telephone conference with Mr. Noe; Draft CH affidavit;Review Arnold letter and drafting. | 2.50 | 1,250.00 |
| 5/6/2013 HCC | Review Arnold letter and drafting. | 1.53 | 763.89 |
| 5/7/2013 HCC | Drafting; Additional review OTR's appeal and incorporation; Research regarding vagueness argument. | 3.02 | 1,510.83 |
| 5/9/2013 HCC | Drafting memorandum of law; Drafting and research regarding constitutional issues; Drafting memo of law; Telephone conference with Mr. Noe. | 6.10 | 3,050.00 |
| 5/10/2013 HCC | Telephone conference with Mr. Kushner; Edit petition. | 3.43 | 1,716.94 |
| 5/13/2013 HCC | Exchange of communications with client and Ms. Arnold over weekend; Incorporating changes; Communications with client; Communications with Ms. Arnold; Communications with Mr. Holzer. | 2.74 | 1,370.56 |
| 5/20/2013 HCC | Exchange of communications with client. | 0.19 | 94.72 |
| 5/21/2013 HCC | Review Nancy Dauning (CH) affidavit. | 0.30 | 150.00 |
| 5/23/2013 HCC | Numerous corrections and changes to papers to conform with CH affidavit. | 5.43 | 2,713.61 |

Covenant House Matter                              Our File:      05276-01

|                                                                      | Hours | Amount |
|----------------------------------------------------------------------|-------|--------|
| 5/30/2013 HCC   Exchange of communications with  client; Checking papers. | 0.50 | 250.00 |
| For professional services rendered                                   | 27.71 | $13,856.38 |
| Additional charges:                                                  |       |        |
| 5/9/2013 Westlaw research                                            |       | 173.05 |
| Total costs                                                          |       | $173.05 |
| Total amount of this bill                                            |       | $14,029.43 |
| Previous balance                                                     |       | $7,394.87 |
| 5/21/2013 Payment - thank you. Check No. 2077                        |       | ($4,734.00) |
| Total payments and adjustments                                       |       | ($4,734.00) |
| Balance due                                                          |       | $16,690.30 |

# INVOICE

FEDERAL I.D. # 13-4091022

## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

July 03, 2013

Invoice #                17487

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Covenant House Matter

Our File:                05276-01

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2013 | HCC | Telephone conference with client; Telephone conference with Ms. Hogan; Telephone conference with client re action based on unequal treatment; Telephone conference with ex parte office; Research regarding consent decree and argument previously made by City re same; Preparation of stipulation; Exchange of communications with NYC counsel re same. | 3.83 | 1,914.86 |
| 6/4/2013 | HCC | Review court proceedings | 2.90 | 1,447.92 |
| 6/10/2013 | HCC | Exchange of communications with client and other counsel regarding this and other matters in BSA process. | 0.30 | 150.00 |
| | HCC | Exchange of communications with clients regarding this matter and strategy. | 0.81 | 405.00 |
| 6/18/2013 | HCC | Preparation for reply papers; Reviewing responsive papers. | 1.56 | 780.00 |
| 6/19/2013 | HCC | Exchange of communications with client, Ms. Arnold, Mr. Holzer, adverse counsel; Review and Research regarding exhibits. | 3.74 | 1,871.67 |
| 6/20/2013 | HCC | Additional drafting; Exchange of communications with other counsel and review of papers; Drafting; Exchange of communications with Mr. Noe; Consideration of hearing transcript. | 9.60 | 4,800.00 |
| 6/21/2013 | HCC | Drafting. | 3.33 | 1,666.67 |
| 6/25/2013 | HCC | Incorporating materials provided by client and Ms. Arnold; Exchange of communications with all; Meeting with Mr. Holzer; Finalize documents; Exchange of communications with Mr. Kushner. | 6.08 | 3,037.92 |

Covenant House Matter                                    Our File:      05276-01

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 6/26/2013  | HCC | Changes and finalize per Mr. Kushner; Exchange of communications with  client; Research re judge's practice. | 3.86  | 1,928.06 |
|            | HCC | Review NYLJ article re destruction of business as irrep harm; Exchange of communications with  court. | 1.07  | 533.33 |
| 6/27/2013  | HCC | Letter to court.                                                                             | 0.30  | 150.00 |
| 6/30/2013  | HCC | Preparation for argument.                                                                    | 2.00  | 1,000.00 |

For professional services rendered              39.38   $19,685.43
Additional charges:

| 3/28/2013 | FedEx              | 16.26 |
|-----------|--------------------|-------|
| 3/31/2013 | American Clerical  | 22.50 |
| 4/23/2013 | Westlaw research   | 14.84 |
| 6/25/2013 | Westlaw research   | 36.75 |

Total costs                                            $90.35

Total amount of this bill                          $19,775.78

Previous balance                                   $16,690.30

Balance due                                        $36,466.08

# INVOICE

FEDERAL I.D. # 13-4091022

## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

|  |  |
|---|---|
| August 01, 2013 | |
| Invoice # | 17535 |

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

Covenant House Matter

| | Our File: | 05276-01 |
|---|---|---|

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 7/1/2013 HCC | Preparation for argument.; Preparation of argument booklet. | 7.50 | 3,750.00 |
| 7/2/2013 HCC | Appearance in court. | 3.00 | 1,500.00 |
| | For professional services rendered | 10.50 | $5,250.00 |

Additional charges:

| | | Amount |
|---|---|---|
| 7/1/2013 | Taxi Fare (carrying all files) both ways. | 37.00 |
| | Total costs | $37.00 |
| | Total amount of this bill | $5,287.00 |
| | Previous balance | $36,466.08 |
| 7/10/2013 | Payment - thank you. Check No. 2134 | ($6,173.05) |
| 7/31/2013 | Payment - thank you. Check No. 2173 | ($4,890.35) |
| | Total payments and adjustments | ($11,063.40) |
| | Balance due | $30,689.68 |

INVOICE

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

August 01, 2013

Invoice #                    17550

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

BSA/Omnibus EP

Our File:                    05276-05

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/15/2013 HCC | Review emails from Ms. Arnold re BSA meeting. | 0.30 | 151.25 |
| 7/16/2013 HCC | Reviewing BSA papers re missing arguments for appeal; Research regarding standard of review of BSA determination.. | 3.70 | 1,850.56 |
| 7/18/2013 HCC | Reviewing submissions for Bruckner, Zerega, and Canal; Additional research regarding standard of review. | 2.69 | 1,345.28 |
| 7/24/2013 HCC | Review correspondence and respond; Research regarding record on appeal. | 2.29 | 1,145.00 |
| 7/25/2013 HCC | Exchange of communications with Mr. Noe re 340 Flatbush. | 0.30 | 150.00 |
| 7/29/2013 HCC | Prepare for telephone conference regarding omnibus action; Participate in conference; Reviewing earlier briefs on EP argument. | 2.27 | 1,134.44 |
| 7/30/2013 HCC | Exchange of communications with client. | 0.50 | 250.00 |
| 7/31/2013 HCC | Telephone conference with Mr. Kushner re 1983 action. | 0.40 | 200.00 |
| For professional services rendered | | 12.45 | $6,226.53 |
| Balance due | | | $6,226.53 |



# INVOICE

FEDERAL I.D. # 13-4091022



## Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

300 East 42nd Street, 10th Floor

New York, New York 10017
(212) 682-4002 Ext. 39
ntroutman@nbclaw.com

September 06, 2013

Invoice #      17588

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

BSA/Omnibus EP

Our File:      05276-05

Professional services

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/2013 | HCC | Exchange of communications with client regarding omnibus action; Research regarding Section 1983. | 3.50 | 1,750.00 |
| 8/5/2013 | EHB | Telecon with Ari Noe; | 0.50 | 250.00 |
| 8/6/2013 | HCC | Conference with client as to whether this action should be brought. | 1.20 | 600.00 |
| 8/7/2013 | HCC | Telecon with Ari Noe. | 0.50 | 250.00 |
| 8/9/2013 | EHB | Telecon with client re valuation of assets; email correspondence. | 0.92 | 458.33 |
| 8/13/2013 | HCC | Review correspondence re chart. | 0.75 | 375.00 |
| 8/14/2013 | HCC | Review file; Review letter from Zurich; Email to Gary re Fidelity Bond on the Palazzo Realty matter. | 0.90 | 450.00 |
| 8/16/2013 | HCC | Letter to Zurich re escrow; Telephone conference with Mr. Noe. | 1.20 | 600.00 |
| 8/19/2013 | HCC | Changes to letter to Zurich per Mr. Holzer. | 0.60 | 300.00 |
| | HCC | Exchange of communications with client. | 0.30 | 150.00 |
| 8/21/2013 | HCC | Exchange of communications with client; Review email from Ms. Arnold re BSA proceedings. | 0.75 | 375.00 |

For professional services rendered      11.12    $5,558.33



BSA/Omnibus EP

Additional charges:

|  |  | Amount |
|---|---|---:|
| 7/1/2013 | Westlaw research | 135.42 |
| 7/16/2013 | Westlaw research | 170.45 |
| 7/18/2013 | Westlaw research | 243.00 |
| 7/24/2013 | Westlaw research | 72.56 |
| 8/19/2013 | Copying cost | 62.70 |
| 8/19/2013 | American Clerical | 43.00 |

| | |
|---|---:|
| Total costs | $727.13 |
| Total amount of this bill | $6,285.46 |
| Previous balance | $6,226.53 |
| Balance due | $12,511.99 |

FEDERAL I.D. # 13-4091022

# Novack Burnbaum Crystal LLP

ATTORNEYS AT LAW

675 Third Avenue, 8th Fl
New York, New York 10017
(212) 682-4002 Ext 39
ntroutman@nbclaw.com

October 09, 2013

Invoice #                17648

OTR Media
40 Fulton Street, 6th Floor
New York, New York 10038
Attn: Michael Eisenberg

BSA/Omnibus EP

Our File:                05276-05

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/16/2013 | HCC | Exchanges of communications with  Mr. Noe and Mr. Holzer regarding meeting with GH to discuss preservation of Art. 78 issues. | 0.90 | 450.00 |
| 9/18/2013 | HCC | Preparation for meeting with client re 161st street appeal; Meeting at Goldman Harris. | 3.50 | 1,750.00 |
| 9/19/2013 | HCC | Research regarding  conflicting statutes in regard to 161st Street sign. | 1.50 | 750.00 |
| 9/23/2013 | HCC | Exchange of communications with  Ms. Arnold re Zerega, Bruckner, etc. | 0.75 | 375.00 |
|  | HCC | Exchange of communications with  Mr. Kushner regarding bankruptcy issues, BSA proceeding, Art. 78 matters. | 1.50 | 750.00 |
|  | HCC | Reviewing Zerega and consideration of issues pertaining to Art. 78. | 2.20 | 1,100.00 |
| 9/26/2013 | HCC | Research regarding  venue for Zerega and other issues. | 1.50 | 750.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 11.85 | $5,925.00 |
| Previous balance | | $12,511.99 |
| Balance due | | $18,436.99 |