UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                 Chapter 11

OTR MEDIA GROUP, INC.

                 Case No. 1-11-47385 (ESS)

      Debtor.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

  SCOTT D. SIMON hereby certifies the following under the penalties of perjury:

  I am over the age of 18 years, not a party to this action and am an attorney with the firm Goetz Fitzpatrick LLP, located at One Penn Plaza, New York, New York 10119.

  On the 30th day of October, 2013, I served the following final fee applications:

-  Goetz Fitzpatrick LLP, as Debtor's counsel
-  Bryan Cave LLP, as Debtor's special counsel
-  Novack Burnbaum Crystal LLP, as Debtor's special counsel
-  Omnibus application for Debtor's ordinary course professionals
-  Roth and Company LLP, as Debtor's accountants

I served these notices in the following manner:

  - To the Office of the United States Trustee, by US Mail to 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201. In so doing, I transmitted the compensation requests to William Curtin, Esq.;

  and

  - To the UST, counsel for Metropolitan National Bank and the City of New York, by electronic mail and by US Mail.


Dated: New York, New York
    October 30, 2013

                       _____
                       Scott D. Simon