Gary M. Kushner
Scott D. Simon
GOETZ FITZPATRICK LLP
One Penn Plaza, 31st Floor
New York, New York 10119
Tel: (212) 695-8100
gkushner@goetzfitz.com
ssimon@goetzfitz.com
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                            Chapter 11

OTR MEDIA GROUP INC.,                            Case No. 1-11-47385 (ESS)

                                    Debtor.
-----------------------------------------------------------X

## ORDER GRANTING FINAL APPLICATION OF DEBTOR'S ORDINARY COURSE PROFESSIONALS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. SECTIONS 330 AND 331 AS DEBTOR'S ORDINARY COURSE PROFESSIONALS

**UPON** the application dated October 28, 2013 (the "Application") [ECF No. 558] of

Ariel S. Holzer, PLLC ("Holzer"); Bartfield & Knopfler PLLC ("Bartfield"); GoldmanHarris

LLC ("GH"); and Cohen Hochman & Allen ("CHA" and, together with Holzer, Bartfield and

GH, the "OCPs"), as the duly-retained ordinary course professionals for OTR Media Group Inc.

(the "Debtor"), seeking allowance of final compensation and reimbursement of expenses

pursuant to §§ 328, 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code")

and Bankruptcy Rule 2016, as supplemented by the Local Bankruptcy Rules; and

**UPON** the complete record of the hearing held on November 19, 2013 at which the Court

considered the Application (the "Hearing"); and

**WHEREAS**, all objections to the Application have been withdrawn, resolved or

overruled as of the completion of the Hearing, including the responses of the City of New York

[ECF No. 564] and Metropolitan National Bank [ECF No. 563].

**NOW**, after due deliberation and this Court having determined at the Hearing that the relief requested in the Application is appropriate; and it appearing that proper and adequate notice of the Application has been given to all parties in interest and creditors and that no other further notice is necessary; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the OCPs are hereby granted final compensation and reimbursement of expenses covering the period between August 25, 2011 through November 19, 2013 in the following amounts, inclusive of the reimbursement of expenses:

**The Law Office of Ariel S. Holzer, PLLC**

| Total Final Request |
| --- |
| $159,773.04 |

**Bartfield & Knopfler PLLC**

| Total Final Request |
| --- |
| $23,349.17 |

**GoldmanHarris LLC**

| Total Final Request |
| --- |
| $ 251,520.35 |

**Cohen Hochman & Allen**

| Total Final Request |
| --- |
| $115,895.00 |

and it is further

**ORDERED**, that after giving credit to the Debtor for payments made to the OCPs in connection with prior orders approving the OCPs' interim applications for allowances, including compensation requests pursuant to the Order, dated April 24, 2012, authorizing the Debtor to employ professionals used in the ordinary course of business [ECF No. 128], the Debtor is hereby authorized to pay the OCPs the sums provided below (the "Final Awards"):

**The Law Office of Ariel S. Holzer, PLLC**

| Total New Request for Payment |
| --- |
| $31,540.79 |

**Bartfield & Knopfler PLLC**

| Total New Request for Payment |
| --- |
| $5,457.84 |

**GoldmanHarris LLC**

| Total New Request for Payment |
| --- |
| $103,637.40 |

**Cohen Hochman & Allen**

| Total New Request for Payment |
| --- |
| $34,595.00 |

and it is further

ORDERED, that absent the prior express written consent of Metropolitan National Bank ("MNB"), no part of the Final Awards shall be paid to the OCPs during the Debtor's chapter 11 case out of MNB's Cash Collateral (as such term is defined in each of the twenty Interim Cash Collateral Orders entered in this case to date).



Dated: Brooklyn, New York
January 6, 2014

Elizabeth S. Stong
United States Bankruptcy Judge