Gary M. Kushner
Ronald D. Coleman
Scott D. Simon
GOETZ FITZPATRICK LLP
One Penn Plaza, 31st Floor
New York, New York 10119
Tel: (212) 695-8100
gkushner@goetzfitz.com
rcoleman@goetzfitz.com
ssimon@goetzfitz.com

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| OTR MEDIA GROUP INC., | Case No. 1-11-47385 (ESS) |
| Debtor. | |

-----------------------------------------------------------X

## CONSENT ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE, WITH PREJUDICE

**UPON** the motion (the "Motion") filed on October 28, 2013 [ECF No. 547] by OTR Media Group, Inc. (the "Debtor") seeking entry of an order pursuant to section 1112(b) of the Bankruptcy Code dismissing the chapter 11 case; and upon the record of the hearing held on November 19, 2013 (the "Hearing"); and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no further notice is required; and cause existing for the relief sought in the Motion; and

**UPON** the consent to the dismissal of the Debtor's chapter 11 case by the Office of the United States Trustee (the "UST"), Metropolitan National Bank ("MNB") and the City of New York (the "City"), with a condition to MNB's consent being the Debtor's agreement to, among other things, execute and deliver to MNB various loan documents evidencing the Debtor's obligation to make monthly payments to MNB in the amount of $40,000 until such time as MNB

is paid in full, and to have such payment obligations secured by substantially all of the Debtor's assets post-dismissal; and no party having opposed the Motion or the dismissal of the chapter 11 case; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the chapter 11 case commenced by the Debtor under Chapter 11 of the Bankruptcy Code is dismissed for cause pursuant to 11 U.S.C. §1112(b), with prejudice to the Debtor re-filing a bankruptcy case for a period of 270 days following the date of entry of this order without leave of this Court obtained on prior written notice to the UST, the City and MNB; and it is further

**ORDERED,** that the Debtor is directed to pay to the United States Trustee the appropriate sums required, if any, pursuant to 28 U.S.C. §1930 within ten (10) days hereof and simultaneously provide to the UST an affidavit of cash disbursements for the period commencing October 1, 2013 through the date of entry of this Order.

Dated: Brooklyn, New York
January 7, 2014

_____
Elizabeth S. Stong
United States Bankruptcy Judge

2